# EXHIBIT B

HANGAR COLLAPSE COMPLAINT

APPROVED PERMIT TO BUILD HANGAR



## PLANNING AND DEVELOPMENT SERVICES

BOISE CITY HALL: 150 N. CAPITOL BLVD | MAIL: PO BOX 500, BOISE, ID 83701-0500
CITYOFBOISE.ORG/PDS | P: 208-608-7070 | F: 208-384-3753 | TTY/TTD: 800-377-3529

# BUILDING PERMIT

Printed on 12/4/2023

| | | | |
|---|---|---|---|
| **PERMIT NUMBER:** | BLD23-01187 | **VALUATION:** | $6,254,599.00 |
| **SITE ADDRESS:** | 4125 W WRIGHT ST | **APPLIED:** | 5/3/2023 |
| **SUBDIVISION:** | 3N 2E 28 | **ISSUED:** | 12/4/2023 |
| **LEGAL DESCRIPTION:** | PAR #3600 OF SW4NW4, SEC 28 3N 2E, RESOLUTION #14470 | **EXPIRES:** | 12/4/2024 |
| | | **TOTAL INVOICED:** | $59,450.19 |
| **ASSESSOR'S PARCEL NO.:** | O1028233600 | **BALANCE:** | $0.00 |
| **PROJECT NAME:** | Jackson Jet Center | | |

**PROJECT DESCRIPTION:** (JACKSON JET CENTER) To construct a 39,000 sq. ft. one story commercial pre-engineered metal building (300 feet x 130 feet) for use as a jet hanger. (Site work done under GRD23-00029 and an early foundation permit done under BLD23-02760). The work is required to comply with the approved drawings, with DRH23-0004, with the structural design, with the plan review report, and with all applicable codes and ordinances. Scope of work includes: construction of a slab on grade concrete foundation, construction of pre-engineered metal building, electrical work, mechanical work plumbing work and interior finishes in compliance with Ch. 8 of the 2018 IBC.

**RESPONSIBLE PARTY:**
GENERAL COMMERCIAL:   BIG D BUILDERS   1465 E BIRD DOG DR, STE 110   MERIDIAN, ID 83642
Contractor No.: RCE-253

**PERMIT DETAILS:**

| | | |
|---|---|---|
| **TYPE OF PERMIT:** New Structure | **FLOOD PLAIN:** OUT | **NO. OF UNITS:** |
| **TYPE OF WORK:** New | **ZONING:** C-3D | **BUILDING HT:** 45' 6" |
| **TYPE OF USE:** Storage | **TYPE OF CONST:** IIB | **EXISTING AREA:** |
| **SPRINKLERED:** Full | **NO. OF BUILDINGS:** 1 | **NEW AREA:** 39000 |
| | **NO. OF STORIES:** 1 | **TOTAL AREA:** 39000 |

**OCCUPANCY GROUP/OCCUPANT LOAD/FLOOR LOAD**
S1/74/125

**CODE/EDITION**
IBC/2018, IFC/2018

CONDITIONS PROVIDED SEPARATELY WHEN APPLICABLE
The undersigned hereby applies for a permit for the work herein indicated or as shown and approved in the accompanying plans and specifications and agrees to call for the required inspections when the work is ready. It is understood by the undersigned that this permit is issued subject to all applicable Boise City codes and ordinances. It is hereby agreed that the work called for herein shall be done in compliance with said city codes and ordinances. This permit will become null and void if the building or work authorized by such permit is not commenced within one calendar year from the date of issuance of such permit, or if the building or work authorized by such permit is suspended or abandoned at any time after the work is commenced for a period of 180 calendar days.

| | | |
|---|---|---|
| Ferd Smith | *Ferd Smith* | 12/5/2023 |
| Print Applicant or Owner's Name | Applicant or Owner's Signature | Date |