# EXHIBIT C

HANGAR COLLAPSE COMPLAINT

SBS MODIFIED INSTALL SET









RIGID FRAME ELEVATION: FRAME LINE 1  2



STEEL BUILDING SYSTEMS
1675 W SOUTH SLOPE ROAD
EMMETT, ID 83617

DESCRIPTION: RIGID FRAME ELEVATION
CUSTOMER: Big D Builders
PROJECT: Jackson Jet
LOCATION: Boise Airport
DRN. BY: AS
CK'D BY: AS
DATE: 9/26/23
SCALE: N.T.S.
REV.: 00
QUOTATION NO.: 23-012
SHEET NO.: 2 OF 12




RIGID FRAME ELEVATION: FRAME LINE 3 4 5 6 7

DESCRIPTION: RIGID FRAME ELEVATION
CUSTOMER: Big D Builders
LOCATION: Boise Airport
PROJECT: Jackson Jet
DRN. BY: AS | CK'D BY: AS | DATE: 9/26/23 | SCALE: N.T.S. | REV.: 00 | QUOTATION NO.: 23-012 | SHEET NO.: 3 OF 12

STEEL BUILDING SYSTEMS
1675 W SOUTH SLOPE ROAD
EMMETT, ID 83617

INSTALL SET 12-5-23



ROOF FRAMING PLAN



BRACING LOCATION / PARTMARK — Customer: Big D Builders — Project: Jackson Jet — Location: Boise Airport — Date: 9/26/23 — Sheet 5 OF 12 — Quotation No. 23-012 — INSTALL SET 12-5-23











SIDEWALL FRAMING: FRAME LINE R

SIDEWALL SHEETING & TRIM: FRAME LINE R
PANELS: 26 Ga. PR — NEED SIG 200
[A] PANELS: 26 Ga. PR — Solar White

INSTALL SET 12-5-23



STEEL BUILDING SYSTEMS
1675 W SOUTH SLOPE ROAD
EMMETT, ID 83617

DESCRIPTION: SIDEWALL FRAMING
CUSTOMER: Big D Builders
LOCATION: Boise Airport
PROJECT: Jackson Jet
DRN. BY: AS
CK'D BY: AS
DATE: 9/28/23
SCALE: N.T.S.
REV.: 00
QUOTATION NO.: 23-012
SHEET NO.: 10 of 12






