# EXHIBIT D

HANGAR COLLAPSE COMPLAINT

WITNESS STATEMENTS TO BOISE POLICE

# Boise Police Department.
## General Report

RD: **8025**    DR# **2024-401655**

| Incident | |
|---|---|
| Date & Time Occurred | |

**01/31/2024 16:53 to 01/31/2024 16:53**

Date & Time Reported: **01/31/2024 16:53**    Location of Occurrence: **4000  BLK OF WRIGHT ST, BOISE, ID 83705**    Location: **01 - Air/Bus/Train Terminal**

ParcelNo:

| Charges | |
|---|---|

Chg#   Offense/Charge                                            Law Section              Severity
**1      MISCELLANEOUS REPORT**                          **INFO**                      **INFORMATION**

| Probable Cause | |
|---|---|

**Industrial Accident, see supplements**

| People Involved | |
|---|---|

**Person w/ Knowledge**    **PARKER, MATT**    Race: **W**   Sex: **M**   DOB: ▓▓▓   Age: **42**

Addres ▓▓▓▓▓▓▓▓    ' "    **lbs**    Hair Color:    Eye Color:

Occupation:    Res Phone: ( )  -    SSN: - -    Relationship: **Stranger**
Bus or School:    Cell Phone: ▓▓▓▓    OLN/St: ▓▓▓▓    Injury Type: **None**
      , ID    Bus Phone: ( )  -    How Ident.: **Driver's License**

| Admin | |
|---|---|

Officer(s) Reporting    Ada No.    ☐ Phone Rpt.    ☐ Audio Recording    Related DR#s
**Cpl. Randal Rosier**    **661**    ☐ Counter Rpt.    ☑ Video Recording   ☑ PPI
Approved Supervisor    Ada No    Approved Date
**Sgt. Will Reimers**    **697**    **02/01/2024 11:45**
Assigned To    Ada No    Route To:
**File**

Copies To:

# Boise Police Department
## Narrative Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |

| 3. Address | | 4. Phone |
|---|---|---|
| 4000 BLK OF WRIGHT ST , BOISE | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 01/31/2024 | 16:53 | File | AIRPORT |

On 1/31/2024 at approximately 1653hrs, I was on patrol while working at the Boise Airport and was driving a marked patrol car on Rickenbacker St in front of the Jackson's Jet Center headed eastbound. While there, I heard a loud crash behind me and looked in my side mirror and saw the new metal hangar that was being build collapsing. It appeared to be collapsing from the center of the structure. I turned my car around and quickly responded to the area to see if everyone on the job site was okay.

As I exited my patrol vehicle, I saw no one. My thought was that maybe the workers had gone for the day and the structure had just collapsed with no one working there. As I began to walk toward the east side of the building, I ran into a frantic man wearing an orange shirt and hard hat who stated that there were several workers inside of the collapsed building who were either seriously injured or deceased. I did not get this man's name or see him again as my focus was now trying to find any survivors. I immediately notified dispatch and called for medics and more responders. At this point, I had no idea how many people were involved. I then responded to the south side of the structure where Boise FIre ARFF responders were pulling up on scene and gave them as much information as possible in reference to persons involved. The collapsed structure was very unstable and I was not able to go very far at that time into the downed building. I did observed one male who was alive and needed help. I directed fire personnel over to him and they were able to carry him to safety. At this point, many other officers and supervisors began to arrive and the scene was taken over by Lt. Weir. I assisted with looking for more victims until we were ordered to get out from inside of the building as it was still very unstable. While inside, I located three deceased male adults, with one of them being decapitated. There names at this point are unknown. Many people were transported to St. Als ER and at the time of this writing, their names are also unknown. I did not interview any witnesses or victims during this event.

I then exited the building and assisted several officers in placing crime scene tape around the area. For names of those involved and witnesses, please see supplements of the other officers involved.

## CONCLUSION: Route to CID

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

1/31/2024

(Officer's Signature)

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Cpl. Randal Rosier** | **661** |
| Approved Supervisor | Ada No |
| **Sgt. Will Reimers** | **697** |

Approved Date
**02/01/2024 11:45**

# Boise Police Department.
## CASE STATUS REPORT

RD: **8025**   DR# **2024-401655**

| | |
|---|---|
| Division: | **Persons Crimes Unit** |
| Charges: | **MISCELLANEOUS REPORT (I)** |
| Location: | **4000  BLK OF WRIGHT ST** |
| Victim: | |
| Date & Time Occured: | **1/31/2024 4:53:42 PM**    Date &Time of This Report:    **2/2/2024 3:26:13 PM** |

## Case Status

- ☐ Cleared by Exception
- ☐ Summoned or Cited
- ☑ Inactive
- ☐ Referred to Outside Agency
- ☐ Cleared by Arrest
- ☐ Civil
- ☐ Information Only
- ☐ Submit to Prosecutor for Warrant
- ☐ Unfounded

## Suspect(s)

| Name | DOB | Age | Race | Arrest Date | Officer Ada | Detective Ada |
|------|-----|-----|------|-------------|-------------|---------------|
| | | | | | | |

## Additional Cases Cleared

## Additional Information

**Initial investigation conducted at the scene.  No evidence of a crime that led to the building collapse.  BPD case closed at this time and routed to OSHA for futher investigation.**

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **JKENDALL (623)** | **623** |
| Approved Supervisor | Ada No |
| **ALINN (735)** | Approved Date    **02/07/2024 11:48** |

# Boise Police Department.
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic MISCELLANEOUS REPORT | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| 3. Address 4000 BLK OF WRIGHT ST , BOISE | | | 4. Phone | |
| 5. Date Occurred 01/31/2024 | 6. Time Occured 16:53 | 7. Route To File | | 8. Division PATROL |

| Narrative | |
|---|---|

## ORIGIN:

On 1-31-2024 at approximately 1654 hours I responded code 3 to a report of a structure collapse near W Wright Street and Rickenbacker Street in Boise.

## INVESTIGATION:

Upon arrival I linked up with multiple other BPD Officer's and Fire personnel and conducted a search for injured workers. I located multiple injured and three deceased people. I then provided scene security until I was relieved by a BPD supervisor.

## CONCLUSION:

Route with main report.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

01/31/2024

(Officer's Signature)

| Admin | |
|---|---|
| Officer(s) Reporting **Ofc. Tyson Cooper** | Ada No. **914** |
| Approved Supervisor **Sgt. Brett Powell** | Ada No **578** |
| | Approved Date **01/31/2024 21:22** |

# Boise Police Department.
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000 BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | PATROL |

| Charges | |
|---|---|

| Chg# | Offense/Charge | Law Section | Severity |
|---|---|---|---|
| 1 | MISCELLANEOUS REPORT | INFO | INFORMATION |

Person w/ Knowledge  PARKER, MATT .

Race: **W**  Sex: **M**  DOB: ▮▮▮  Age: **42**

Address ▮▮▮▮▮▮

' "  **lbs**  Hair Color:  Eye Color:

Occupation:  Res Phone: ( ) -  SSN: - -  Relationship: **Stranger**
Bus or School:  Cell Phone: ▮▮▮  OLN/St: ▮▮▮  Injury Type: **None**
, **ID**  Bus Phone: ( ) -  How Ident.: **Driver's License**

| Narrative | |
|---|---|

On January 31, 2024 I was working my current assignment on patrol in full uniform and in a marked patrol unit. At approximately 1700 hours I responded code 3 to a report of a structure collapse off Wright St. near the airport. Once on scene I went directly to the structure and assisted officers on scene in searching for subjects that may still be trapped inside the structure.

I spoke with a subject that had been driving on the freeway east bound when the structure collapsed. Matt Parker advised he was in his way home and observed the structure falling. Matt told me he drives by this building everyday and yesterday 1/30/24 there were 3 cranes inside the structure that appeared to be holding it up. He said today there was just the one crane. I had Matt fill out a witness statement form with all of his information and as detailed of an account he could provide.

I was directed by Sgt. Andreoli to relocate to the Reunification Staging area and standby for family members.

later I was then tasked with traffic control at the intersection of Wright and Vista.

I was relieved of traffic control by Sgt. McCarthy at approximately 2000 hours.

Please route this with the original report.

| Admin | |
|---|---|

Officer(s) Reporting  Ada No.
**Ofc. Michelle Tiner**  **876**
Approved Supervisor  Ada No  Approved Date
**Sgt. Brett Powell**  **578**  **01/31/2024 21:22**

# Boise Police Department.
## Supplemental Report

RD: **8025**    DR# **2024-401655**

| 1. Incident Topic<br>MISCELLANEOUS REPORT | | 2. Subject/Victim's Name | |
|---|---|---|---|
| 3. Address<br>4000  BLK OF WRIGHT ST , BOISE | | | 4. Phone |
| 5. Date Occurred<br>01/31/2024 | 6. Time Occured<br>16:53 | 7. Route To<br>File | 8. Division<br>PATROL |

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**

**01/31/2024**

**(Officer's Signature)**

| *Admin* | |
|---|---|
| Officer(s) Reporting<br>**Ofc. Michelle Tiner** | Ada No.<br>**876** |
| Approved Supervisor<br>**Sgt. Brett Powell** | Ada No<br>**578** |
| | Approved Date<br>**01/31/2024 21:22** |

**Boise Police Department.**
**Supplemental Report**

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic<br>MISCELLANEOUS REPORT | | 2. Subject/Victim's Name | |
|---|---|---|---|
| 3. Address<br>4000  BLK OF WRIGHT ST , BOISE | | 4. Phone | |
| 5. Date Occured<br>01/31/2024 | 6. Time Occured<br>16:53 | 7. Route To<br>File | 8. Division<br>NCO |

| Victim | **CHEN, HENRY R.** | Race: **H**   Sex: **M**   DOB: ▮▮▮▮ | Age: **25** |
|---|---|---|---|
| Address | ▮▮▮▮▮▮▮ | ' "     lbs   Hair Color: | Eye Color: |
| Occupatio | ▮▮▮▮▮▮▮ | Res Phone: ( ) -      SSN: - - | Relationship: |
| Bus or School: | | Cell Phone: ▮▮▮▮▮   OLN/St: / ID | Injury Type: |
| , ID | | Bus Phone: ( ) - | How Ident.: **Paperwork** |

| *Narrative* | |
|---|---|

**1/31/2024**

On this date I responded to St Lukes Hospital down town Boise, room A7 to contact one of the victims, later identified by hospital paperwork and verbally as Henry Chen. Chen was identified as one of the victims from the listed construction site.

Utilizing a translator provided by the hospital through the language line, I asked Chen if he would be willing to sign a medical release form. I explained the purpose of the medical release form through the translator. Chen stated he would be willing to sign the form. I provided Chen with the form to sign and he did so. See attached.

Before leaving I asked Chen if he had any questions for me. Chen asked about his other co-workers. I advised him I was not aware of their conditions. Chen stated he knew at least 2 of his friend has died at the scene, Maireno Och and Mario Ontay. He said he was not sure about Brian Garcia though. Chen asked if I wanted him to contact their families because he did not believe we would be able to because they lived in Mexico. I explained to Chen Detectives and the Coroner were working on identifying everyone at the scene and contacting families. I told him I would relay his information to detectives in case they needed his help notifying families.  I provided Chen's info and his request to detectives.


**CONCLUSION**:

Route with Original report.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)** | **(Officer's Signature)**

**01/31/2024**

---

| *Admin* | |
|---|---|
| Officer(s) Reporting<br>**Cpl. Cody Evans** | Ada No.<br>**748** |
| Approved Supervisor<br>**Lt. Kevin Wittmuss** | Ada No<br>**859** |
| | Approved Date<br>**01/31/2024 22:09** |

# Boise Police Department.
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic MISCELLANEOUS REPORT | | 2. Subject/Victim's Name | |
|---|---|---|---|
| 3. Address 4000 BLK OF WRIGHT ST , BOISE | | | 4. Phone |
| 5. Date Occurred 01/31/2024 | 6. Time Occured 16:53 | 7. Route To File | 8. Division AIRPORT |

| Narrative | |
|---|---|

**INITIAL RESPONSE/CONTACT**: On the date of 1/31/24 around 1700hrs, I responded to the address of 4125 Wright Street (Firehawk) reference a structure collapse that was reported by Officer Rosier. Upon arrival I witnessed the new metal structure just East of Firehawk collapsed. During this time fire personnel along with multiple police units were beginning to arrive on scene. I began directing fire units along with medical units to the staging area just East of Firehawk.

I did not make my way into the collapsed structure, nor did I interview any witnesses. I stayed on scene and assisted with putting up crime scene tape on the West side of the collapsed structure. I had no further involvement.


Route to CID

_____

**"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"**

**(Date of Affirmation)**                                              **(Officer's Signature)**

**01/31/2024**

_____                     _____

| Admin | |
|---|---|
| Officer(s) Reporting **Cpl. Eric Johnson** | Ada No. **671** |
| Approved Supervisor **Lt. Kevin Wittmuss** | Ada No **859** |

Approved Date 01/31/2024 22:10

# Boise Police Department:
## Supplemental Report

RD:  **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | | **4. Phone** |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| **5. Date Occurred** | **6. Time Occured** | **7. Route To** | **8. Division** |
| 01/31/2024 | 16:53 | File | PATROL |
| **\* Has Video \*** | | | |

| *Narrative* | |
|---|---|

**INITIAL RESPONSE/CONTACT**:

On 1/31/24 at approximately 1653 hours, I responded to the area of W Wright St. and W Rickenbacker St. Boise, ID for a report of a collapsed structure. Upon arrival I observed the collapse structure and assisted with escorting injured workers away from the structure. I then proceeded to help with searching the interior of the structure for any injured or dead subjects. I observed multiple dead and injured subjects inside. All BPD personnel was told to leave the interior of the structure by command staff. Afterwards I helped with scene security.

**CONCLUSION**: Route with original report.

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**                                                                 **(Officer's Signature)**

01/31/2024

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Garrett Miller** | **1033** |
| Approved Supervisor | Ada No | Approved Date |
| **Lt. Kevin Wittmuss** | **859** | **01/31/2024 22:10** |

# Boise Police Department:
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | | **4. Phone** |
| 4000 BLK OF WRIGHT ST , BOISE | | | |
| **5. Date Occured** | **6. Time Occured** | **7. Route To** | **8. Division** |
| 01/31/2024 | 16:53 | File | CSS |

| *Narrative* |
|---|

**Photos uploaded to evidence.com.

**INITIAL RESPONSE/CONTACT**:

On 1/31/24, I responded to a lot on W Wright St, near the Jackson Jet Center, 3815 Rickenbacker St. I arrived on scene at approximately 1720 hours and met with Sergeant Jordan McCarthy; I was asked to take overview photos of the scene of a collapsed structure.

Upon my arrival on scene I observed a very large metal structure that appeared to have collapsed in on itself; many of the metal beams were leaning, bending, broken, and/or looked warped. Within the collapsed structure, I observed multiple construction machines, possibly cranes/lifting devices, that had been trapped by the metal beams. Most of the machines were damaged. On the south side of the scene, I observed a ford truck, ID plates 1A BB92T, had been smashed by what appeared to be the arm of a crane.

Additionally, I observed emergency personnel tending to those who were injured at the site. I observed multiple people were transported away from the scene in ambulances. A victim could be seen on the platform of one of the machines on the east side of the scene. Rescue efforts were being attempted by emergency personnel.

I took overview photographs of the above mentioned items. I began my photo series on the northeast corner of the lot and made my way counter clockwise around the site. Due to scene safety concerns, I did not move up to the structure for closer up photos.

This concluded my CSI duties.

**CONCLUSION**:

Route with original.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**                                    **(Officer's Signature)**

**01/31/2024**

---

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Jamie Hill** | **7193** |
| Approved Supervisor | Ada No | Approved Date |
| **Lt. Kevin Wittmuss** | **859** | **01/31/2024 22:11** |

# Boise Police Department:
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | | **4. Phone** |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| **5. Date Occurred** | **6. Time Occured** | **7. Route To** | **8. Division** |
| 01/31/2024 | 16:53 | File | PATROL |
| **\* Has Audio \* Has Video \* Has PPI \*** | | | |

| *Narrative* | |
|---|---|

**INITIAL RESPONSE/CONTACT**:

On 01/31/2024 at approximately 1657 hours I responded code 3 to an Industrial accident near Wright St and Rickenbacker St. It was reported a large structure had collapsed with several people injured.

I arrived on scene and assisted officers and Fire Department personnel with Spanish translation. I then assisted in a perimeter spot north of the structure.

**CONCLUSION**:

Route with original report

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)                                        (Officer's Signature)

01/31/2024

---

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Armando Arroyo** | **991** |
| Approved Supervisor | Ada No | Approved Date |
| **Lt. Kevin Wittmuss** | **859** | **01/31/2024 22:12** |

**Boise Police Department:**
**Supplemental Report**

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| MISCELLANEOUS REPORT | | | | |
| 3. Address | | | 4. Phone | |
| 4000  BLK OF WRIGHT ST , BOISE | | | | |
| 5. Date Occured | 6. Time Occured | 7. Route To | | 8. Division |
| 01/31/2024 | 16:53 | File | | AIRPORT |

| *Narrative* | |
|---|---|

**INITIAL RESPONSE/CONTACT**:

On 1/31/24 at approximately 1653 hours, Officer Rosier notified dispatch that the construction site at Jackson's Jet Center had collapsed.  Rosier called for EMS and fire to respond.  Rosier also stated that several people may be trapped inside the debris.

Officer E. Johnson and I responded from the airport to the location of the incident.  Based on the amount of damage, I requested that incoming units shut down East and westbound traffic at Wright / Orchard and Wright / Vista.  Officer Johnson stayed near the construction entrance and made sure that incoming units were not blocking egress and ingress to the construction site.  I was escorted by a construction worker to the back side of the construction site near the airport.  I observed four fireman carrying out one Hispanic male and set him on the ground next to me.  The firemen went back into the structure.  I tried to communicate with him and another Hispanic male who was ambulatory, but holding his chest.  I also supplied some firemen with latex gloves from my first aid kit.

I was able to communicate somewhat with the male standing and learned that nine of his coworkers were trapped in the area he was working.  He stated that he was not hurt and the only other male to get out was laying down.  I requested a Spanish speaker come to my location and try to gather additional information.  Officer Arroyo arrived a short time later and was able to speak with the Hispanic males and advise the fireman of their injuries and others that were trapped.  Arroyo wrote down the men's names and identifying information.  In addition, Arroyo spoke with the injured male's brother who was also a construction worker who hadn't been injured.

After the injured male was transported by EMS to St. Alphonsus I was asked to return to the TSA checkpoint at the airport.

Information only, route to file.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**

**(Officer's Signature)**

**01/31/2024**

_Brad Vickhammer #726_

---

| *Admin* | | |
|---|---|---|
| Officer(s) Reporting | | Ada No. |
| **Cpl. Brad Vickhammer** | **726** | |
| Approved Supervisor | Ada No | Approved Date |
| **Lt. Kevin Wittmuss** | **859** | **01/31/2024 22:13** |

# Boise Police Department:
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | 4. Phone | |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | AIRPORT |

| Narrative | |
|---|---|

On 1/31/2024 at approximately 1655 hours, I responded to a reported structure collapse near Firehawk Helicopters (4125 Wright Street). I arrived at the command post on the airfield side of the structure.  I assisted with directing traffic on Wright Street just east of Firehawk Helicopters.  Later I was asked to escort incoming BPD Officers and command staff from gate #510 to the command post.  I did not interact with any witnesses or victims while on scene.


Recommendation:
Route to File

_____

**"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"**

(Date of Affirmation)                                            (Officer's Signature)

01/31/2024

_____                    _____

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Travis Stelle** | **1003** |
| Approved Supervisor | Ada No | Approved Date |
| **Lt. Kevin Wittmuss** | **859** | **01/31/2024 22:14** |

# Boise Police Department:
## Supplemental Report

RD:  **8025**   DR# **2024-401655**

| 1. Incident Topic | 2. Subject/Victim's Name | | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | **4. Phone** | |
| 4000  BLK OF WRIGHT ST , BOISE | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 01/31/2024 | 16:53 | File | AIRPORT |

| *Narrative* | |
|---|---|

**INITIAL RESPONSE/CONTACT**:

On 1/31/2024 at 1700 hrs, I responded to the Boise Airport reference a building collapse on the 4000 block of W. Wright St. I arrived at the command post on the airfield side of the structure to assist with police logistics and escorts inside the airfield. I did not enter the footprint of the building collapse or have contact with any witnesses or victims.

**CONCLUSION**:

Route to file at this time.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**

**01/31/2024**

**(Officer's Signature)**

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Cpl. Sam Nesbitt** | **745** |
| Approved Supervisor | Ada No |  Approved Date |
| **Lt. Kevin Wittmuss** | **859** |   **01/31/2024 22:14** |

# Boise Police Department:
## Supplemental Report

RD: **8025**   | DR# **2024-401655** |

| 1. Incident Topic | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| MISCELLANEOUS REPORT | | | | |
| **3. Address** | | | **4. Phone** | |
| 4000  BLK OF WRIGHT ST , BOISE | | | | |
| **5. Date Occurred** | **6. Time Occured** | **7. Route To** | | **8. Division** |
| 01/31/2024 | 16:53 | File | | AIRPORT |

| *Narrative* | |
|---|---|

**INITIAL RESPONSE/CONTACT**:

On 1/31/24 at approximately 1653hrs I was driving on the secure side of the airport property as part of my normal duties.  I heard Ofc. Rosier state over the radio that he had just observed a major structural collapse and he believed that there were multiple people still inside.  I activated my emergency lights and soon arrived on the south side of the fenced in construction area, just west of Jackson Jet Center.  I observed that the steel frame building appeared to have collapsed inward upon itself.

An airport Ops employee arrived on scene with bolt cutters and I held the fence as he cut a portion away so that we could enter the area.  Once a section was opened I entered the construction site, along with several firefighters.  I observed an unknown male with a laceration to his face and another unknown male who appeared uninjured.  The firefighters began speaking with the injured male and I asked the other if he was hurt.  He shook his head no, so I continued checking the south and east side of the building for any victims.  A short time later fire advised that the structure was not stable and Lt. Weir advised all PD to exit.  I remained on the south perimeter until I was cleared from the scene by Lt. Hunsaker.

**CONCLUSION**: Route to CID

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

01/31/2024

(Officer's Signature)

| *Admin* | |
|---|---|

| Officer(s) Reporting | Ada No. | | |
|---|---|---|---|
| **Ofc. Natalie Wing** | **838** | | |
| Approved Supervisor | Ada No | | |
| **Lt. Kevin Wittmuss** | **859** | Approved Date | |
| | | 01/31/2024 22:15 | |

**Boise Police Department:**
**Supplemental Report**

RD:  **8025**   DR# **2024-401655**

| 1. Incident Topic | 2. Subject/Victim's Name | |
|---|---|---|
| **MISCELLANEOUS REPORT** | | |

| 3. Address | | 4. Phone |
|---|---|---|
| **4000  BLK OF WRIGHT ST , BOISE** | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| **01/31/2024** | **16:53** | **File** | **PATROL** |

**Witness**   **CASTANEDA PINA, MIGUEL .**   Race: **H**   Sex: **M**   DOB: ▮   Age: **45**

Address ▮   ' "   lbs   Hair Color:   Eye Color:

Occupation:   Res Phone: ( )  -   SSN: - -   Relationship:
Bus or School:   Cell Phone: ▮   OLN/St: /   Injury Type:
, ID   Bus Phone: ( )  -   How Ident.: **Verbal**

| *Narrative* | |
|---|---|

**INITIAL RESPONSE/CONTACT**:

On the above date and time, I was working my assigned shift with my trainee, Officer Kadriu. Officer Kadriu and I responded to the listed location after an officer advised there was a construction accident.

We arrived on scene at Wright St. and Rickenbacker St. I observed that the metal structure had collapsed. We assisted with rescue efforts as there were multiple casualties still inside the structure.

Later, I responded to the witness collection point and interviewed, Miguel Castaneda Pina. Miguel worked for Big D Builders and stated that he recently moved to Boise. Miguel stated that today prior to the incident he was on the perimeter of the structure sweeping when he observed it collapse. Miguel stated that he believed the incident was caused by an accident but did not see anyone intentionally attempt to cause the structure to fail.

This was the extent of my involvement in this call.

**Conclusion:**

Route with original.

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**   **(Officer's Signature)**

**01/31/2024**

| *Admin* | |
|---|---|
| Officer(s) Reporting   Ada No. | |
| **Ofc. Anthony Castro-Castillo**   **993** | |
| Approved Supervisor   Ada No   Approved Date | |
| **Lt. Kevin Wittmuss**   **859**   **01/31/2024 23:48** | |

# Boise Police Department:
## Supplemental Report

RD: **8025**  DR# **2024-401655**



| 1. Incident Topic | 2. Subject/Victim's Name | | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | 4. Phone | |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occured | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | BIKE UNIT |

**Witness**  **RATTO, JOSHUA D.** — Race: **W** Sex: **M** DOB: ▮ — Age: **39**
Address ▮ — 5' 8"  140 lbs  Hair Color: Brown — Eye Color: Brown
Occupation: **MECHANIC** — Res Phone: ( ) - — SSN: ▮ — Relationship:
Bus or School: **INLAND CRANE** — Cell Phone: ( ) - — OLN/St: ▮ — Injury Type:
, ID — Bus Phone: ( ) - — How Ident.: **Driver's License**

**Witness**  **MOESER, COLIN J.** — Race: **W** Sex: **M** DOB: ▮ — Age: **28**
Address **3201 W AIRPORT WAY** — 6' 4"  210 lbs  Hair Color: Brown — Eye Color: Blue
**BOISE, ID  83705-**
Occupation: **AIRPORT OPS** — Res Phone: ( ) - — SSN: ▮ — Relationship:
Bus or School: — Cell Phone: ( ) - — OLN/St: ▮ — Injury Type:
, ID — Bus Phone: ( ) - — How Ident.:

**Witness**  **PIERCE, RICKY .** — Race: **W** Sex: **M** DOB: ▮ — Age: **60**
Address ▮ — ' "  lbs  Hair Color: — Eye Color:
Occupation: **CRANE OPERATOR** — Res Phone: ( ) - — SSN: - - — Relationship:
Bus or School: **INLAND CRANE** — Cell Phone: ( ) ▮ — OLN/St: / — Injury Type:
, ID — — How Ident.:

| Narrative | |
|---|---|

On the above date and time, I was working my assigned shift as a uniformed officer in the city of Boise with my FTO Officer Castillo when I was dispatched to a structure collapse at 3975 W Airport Way. Dispatch advised that a huge hangar collapsed and that multiple people were possibly trapped.

I arrived on the east side of the hangar and attempted to aid in the recovery efforts. I assisted Officers Kennedy and Poole move an injured patient to the casualty collection zone. I assisted fire crew to move one more patient and walked through the site to identify more casualties. I noticed a clearly deceased male near the center of site. I noticed two more males that appeared deceased and checked the pulse on one male with negative results. Then I maintained a perimeter position on the east side of the hangar until I was relieved. Later, I interviewed three witnesses that were onsite when the hangar collapsed.

Pierce Ricky is a crane operator for Inland Crane. Ricky stated that he was using the portable restroom on site when he heard a loud metal noise. Ricky stated he looked out of the mesh to make sure nothing was falling on him then ran out to see what happened. Ricky then went out to help anyone he could on site. Ricky stated that Inland Crane was there to help straighten out the hangar because portions of it were bending.

Joshua Ratto works as a mechanic for Inland Crane. Joshua stated that he was in his truck when the hangar began to collapse. Joshua put his truck into reverse and avoided being struck by falling debris. Joshua stated that he saw nothing suspicious and believed the collapse was due to an engineering problem. Joshua stated he did not notice a specific action cause the hangar to collapse.

Colin Moeser works for Airport Operations. Colin stated that around 1630 hours he set off on his usual route on the tarmac. Colin stated he saw the hangar collapse from his truck and called it over his radio per procedure. Colin did not notice any suspicious activity related to the collapse.

Route with original report.

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Armend Kadriu** | **1094** |
| Approved Supervisor | Ada No |  Approved Date |
| **Lt. Kevin Wittmuss** | **859** |  **01/31/2024 23:50** |

# Boise Police Department:
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | 2. Subject/Victim's Name | |
|---|---|---|
| MISCELLANEOUS REPORT | | |

| 3. Address | 4. Phone |
|---|---|
| 4000  BLK OF WRIGHT ST , BOISE | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 01/31/2024 | 16:53 | File | BIKE UNIT |

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

(Officer's Signature)

01/31/2024

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Armend Kadriu** | **1094** |
| Approved Supervisor | Ada No | Approved Date |
| **Lt. Kevin Wittmuss** | **859** | **01/31/2024 23:50** |

# Boise Police Department:
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| MISCELLANEOUS REPORT | | | | |

| 3. Address | | | 4. Phone | |
|---|---|---|---|---|
| 4000  BLK OF WRIGHT ST , BOISE | | | | |

| 5. Date Occured | 6. Time Occured | 7. Route To | | 8. Division |
|---|---|---|---|---|
| 01/31/2024 | 16:53 | File | | PATROL |

**\* Has Video \* Has PPI \***

| Witness | **CASTANEDA, CRISTIAN D.** | Race: **H** | Sex: **M** | DOB: ▮ | Age: **22** |
|---|---|---|---|---|---|
| | | **5' 6"** | **150 lbs** | Hair Color: Brown | Eye Color: Brown |

Address: ▮

Occupation:**CONSTRUCTION WORKER**  Res Phone: ( )  - -   SSN: - -   Relationship:
Bus or School:   Cell Phone: ▮   OLN/St: /   Injury Type:
, ID   Bus Phone: ( )  -   How Ident.: **Verbal**

| Witness | **CASTANEDA-PINA, DAVID .** | Race: **H** | Sex: **M** | DOB: ▮ | Age: **41** |
|---|---|---|---|---|---|
| | | **5' 6"** | **150 lbs** | Hair Color: Brown | Eye Color: Brown |

Address ▮

Occupation:**CONSTRUCTION WORKER**  Res Phone: ( )  - -   SSN: - -   Relationship:
Bus or School:   Cell Phone: ▮   OLN/St: /   Injury Type:
, ID   Bus Phone: ( )  -   How Ident.: **Verbal**

| Witness | **ESTUARDO, TOMMY .** | Race: **H** | Sex: **M** | DOB: ▮ | Age: **35** |
|---|---|---|---|---|---|
| | **UNKNOWN** | **5' 5"** | **145 lbs** | Hair Color: Black | Eye Color: Brown |

Address: , ID  -

Occupation:**CONSTRUCTION WORKER**  Res Phone: ( )  - -   SSN: - -   Relationship:
Bus or School:   Cell Phone: ( )  -   OLN/St: / ID   Injury Type:
, ID   Bus Phone: ( )  -   How Ident.: **Verbal**

---

| *Narrative* |
|---|

**Initial information:**

On January 31, 2024 at approximately 1653 hours, I responded to the area of W Wright St and W Rickenbacker St regarding a structure that collapsed near the airport. Upon arrival, Officer Barber and I entered the scene and began evacuating workers from the area. Once the scene was secure, I responded to help with Spanish translation.

**Translation interview:**

I translated for Detective Kendall and spoke with Pedro. I asked Pedro if he believed the incident occurred on purpose or if someone caused the incident on purpose. Pedro stated he did not believe the incident occurred on purpose because most of his coworkers were his friends and family. Pedro stated none of his coworkers appeared to be acting differently, angry or upset. Pedro stated no one crashed into or damaged the cranes on purpose.

**Castaneda interview:**

I interviewed witness, Cristian Castaneda, regarding the incident that occurred near the airport. I asked Castaneda if he believed the incident occurred on purpose or if someone caused the incident on purpose. Castaneda stated he did not believe the incident occurred on purpose but that it was an accident. Castaneda stated none of his coworkers appeared to be acting differently, angry or upset. Castaneda stated no one crashed into or damaged the cranes on purpose.

**Castaneda-Pina Interview:**

I interviewed witness, David Castaneda-Pina, regarding the incident that occurred near the airport. I asked Castaneda-Pina if he believed the incident occurred on purpose or if someone caused the incident on purpose.

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Liz Guzman** | **1085** |
| Approved Supervisor | Ada No |  Approved Date |
| **Lt. Kevin Wittmuss** | **859** |  **01/31/2024 23:52** |

# Boise Police Department:
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | 2. Subject/Victim's Name | | | |
|---|---|---|---|---|
| MISCELLANEOUS REPORT | | | | |
| 3. Address | | | 4. Phone | |
| 4000  BLK OF WRIGHT ST , BOISE | | | | |
| 5. Date Occured | 6. Time Occured | 7. Route To | | 8. Division |
| 01/31/2024 | 16:53 | File | | PATROL |
| * Has Video * Has PPI * | | | | |

Castaneda-Pina stated he did not believe the incident occurred on purpose but that it was an accident. Castaneda-Pina stated none of his coworkers appeared to be acting differently, angry or upset. Castaneda-Pina stated no one crashed into or damaged the cranes on purpose.

**Estuardo Interview:**

I interviewed Tommy Estuardo and asked him what had occurred. Estuardo stated he was working on the crane with his coworker when he heard a loud noise. Estuardo said he looked back and saw the structure start to fall. I asked Estuardo if he believed the incident occurred on purpose or if someone caused the incident on purpose. Estuardo stated he did not believe the incident occurred on purpose but that they were told to work fast today because it was expensive to rent the equipment. Estuardo stated they had been working quickly throughout the day but did not think one person was responsible for what occurred. Estuardo stated none of his coworkers appeared to be acting differently, angry or upset. Estuardo stated no one crashed into or damaged the cranes on purpose.

I captured this contact on my Axon on-body video.

**Conclusion:**

Route to with original report.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)                                              (Officer's Signature)

01/31/2024

---

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Liz Guzman** | **1085** |
| Approved Supervisor | Ada No |
| **Lt. Kevin Wittmuss** | **859** |
| | Approved Date |
| | **01/31/2024 23:52** |

# Boise Police Department:
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | | **4. Phone** |
| 4000 BLK OF WRIGHT ST , BOISE | | | |
| **5. Date Occurred** | **6. Time Occured** | **7. Route To** | **8. Division** |
| 01/31/2024 | 16:53 | File | PATROL |
| * Has Video * Has PPI * | | | |

| *Narrative* | |
|---|---|

**On 01/31/2024 at approximately 1700, I responded to a reported building collapse near the 4000 block of Wright St in Boise. The incident was dispatched as a fire assist with multiple injured and confirmed casualties.**

**Once on-scene, I assisted with rescue efforts along side additional officers and Boise Fire Dept members to locate any and all subjects that were effected by the structure. The Structure appeared to be a metal hangar that was being built, the structure had collapsed and I observed multiple subjects being placed on stretchers or boards to be taken out from inside of the structure. As I walked through the structure from west to east, I observed subjects that were obviously deceased inside of the structure. Additional subjects were receiving immediate medical attention by Boise Fire Dept and Ada County Paramedics.**

**After assisting on the site, I relocated with my trainee, Ofc Scanlan to St Alphonsus-Boise to see to the injured subjects brought there. Ofc Scanlan interviewed two subjects at the hospital, see his report for further. After his interview's, I had no further action on this incident.**

**CONCLUSION**:
Route with original report.

---

**"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"**

**(Date of Affirmation)**

**02/01/2024**

**(Officer's Signature)**

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Alex Echols** | **943** |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Joe Andreoli** | **719** | **02/01/2024 02:21** |

# Boise Police Department:
## Supplemental Report

RD#: **8025**    DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |

| 3. Address | | 4. Phone |
|---|---|---|
| 4000  BLK OF WRIGHT ST , BOISE | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 01/31/2024 | 16:53 | File | BIKE UNIT |

**Victim**    LOPEZ, PEDRO .    Race: **H**   Sex: **M**   DOB: ▮▮▮▮    Age: **23**

Address:    , ID -    ' "   lbs    Hair Color:    Eye Color:

Occupation:    Res Phone: ( )  -    SSN: - -    Relationship:
Bus or School:    Cell Phone: ( )  -    OLN/St: /    Injury Type:
    , ID    Bus Phone: ( )  -    How Ident.: **Verbal**

**Victim**    LOPEZ, MONICO .    Race: **H**   Sex: **M**   DOB: ▮▮▮▮    Age: **60**

Address:    , ID -    ' "   lbs    Hair Color:    Eye Color:

Occupation:    Res Phone: ( )  -    SSN: - -    Relationship:
Bus or School:    Cell Phone: ( )  -    OLN/St: /    Injury Type:
    , ID    Bus Phone: ( )  -    How Ident.: **Verbal**

---

| *Narrative* | |
|---|---|

**On 01/31/2024, at about 1710 hours, I responded to assist officers with a building that had collapsed with subjects inside.  Upon arrival I assisted on scene as needed.  I learned there were victims who had been transported via ambulance to St. Alphonsus medical center with injuries.  I responded to St. Alphonsus medical center.  I contacted Manico Lopez who was in the emergency room # 11.  He told me his left leg, back, and head hurt and had visible injuries to his head. Monico said he was on a lift in the middle of the building.  He told me the building began to sway and that's all he knew.  The medical professionals at the hospital were unable to give me any diagnosis while I was there.  Monico's wife, Rosa Lopez, was there with him in the emergency room.  She signed a medical release form for her husband who was unable to move.**

**I then contacted Pedro Lopez in emergency room # 12.  Pedro was injured and unable to give me a statement as to what happened or able to move.  Medical staff told me he had a ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  Pedro's mother, Maria Roa, was in the emergency room with him.  She signed a medical release form for Pedro.**

**Both medical release forms were attached to this report.**

**Conclusion:**
**Route with original report.**

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**    **(Officer's Signature)**

**01/31/2024**

---

| *Admin* | | |
|---|---|---|
| Officer(s) Reporting | Ada No. | |
| **Ofc. Paul Turner** | **1083** | |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Logan Terry** | **868** | **02/01/2024 10:38** |

# Boise Police Department:
## Supplemental Report

RD:  **8025**  | DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |

| 3. Address | | 4. Phone | |
|---|---|---|---|
| 4000 BLK OF WRIGHT ST , BOISE | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 01/31/2024 | 16:53 | File | PERSONS |

| Narrative | |
|---|---|

**INITIAL RESPONSE/CONTACT**: On 1/31/24 I was advised by Sgt Kendall of this incident and was assigned to respond to the command post to assist in the investigation.  I drove to the scene and located the command post which was on the south side secure area of the airport footprint.  I was given a brief of what command knew at that time and I observed the scene from out side.  I was assigned to respond to the Jackson jet center to interview witnesses.

**INVOLVED PERSONS/RELATIONSHIP(S)**: Witness: David Stark, Jasen Skyberg, Terry Lehto, Edgar Garcia.

**WITNESS INTERVIEW**:

David Stark
Stark was the Superintendent general contractor employed by Big D construction.  I asked Stark what happened.  He said they were finishing up the last "girder" today.  He was on the ground in the middle of the structure and heard several loud "pops" and a "creek" sound.  In his line of work that sound tells you to run out, which he did.  He ran south towards the runway, and then ran around the perimeter to check on the site and workers. He called out for help and went inside seeing one guy not moving.  He rolled him over and thought he was dead.  He later saw him on his knees.  He waited outside and felt he was going into shock.

I asked how many employees he had on site at this time.  He believed he had 15 from Big D construction and Inland Crane had 4-5 employees.  I asked Stark about any problems with the construction or anyone who was mad that would have done something intentional.  Stark said there were no problems and nothing he saw that was out of the ordinary.  It was a standard building but was his first steel building. He saw no negligence or anyone messing around.

He said Dennis was one of the owners of the company whose brother was deceased inside the building.

Jasen Skyberg

He works for Big D construction and was on site when this happened.  Skyberg was on the inside middle of the structure when he heard what he thought were the sounds of cables popping, "pop, pop,pop."  He ran to the north west out of the structure.  He saw one guy who was bloody and guys in a lift.  First responders arrived and started helping.  Skyberg said all the Inland Crane employees were on the outside of the structure.

Terry Lehto

Lehto is a crane operator employed by Inland Carne. He was the only one operating a crane at that time

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Cpl. Paul Jagosh** | **654** |
| Approved Supervisor | Ada No |
| **Sgt. Justin Kendall** | **623** |

Approved Date
**02/01/2024 14:29**

**Boise Police Department:**
**Supplemental Report**

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | PERSONS |

since the others had been released. He was holding one piece at 5,000lbs while they put the "perlings" in. He heard a loud "pop" or "bang" sound and the structure went down.  He stayed in the crane and then jumped out to help.  He saw several guys laying on the ground, some dead and some hurt.  He told them not to move and then called 911.  I asked Lehto about anything strange or different on this project.  He said he is not a steel worker so he did not see out of the ordinary.

Edgar Garcia

Garcia works for Inland Crane and was the supervisor at this project.  He was not present when the structure collapsed.  He had just left and received a call from Jessie Cooper that the building collapsed. He drove back to the scene. I asked Garcia if there was anything out of the ordinary on this site. He said he noticed a "bow" in a beam and told Craig several times that it did not look right.  Garcia said he does not tell other people how to do their job and is not an iron worker. He has worked a crane on several of these types of sites and the "bowing" of the beam did not look right to him.  Craig called an engineer twice and Craig told Garcia it was fine after speaking to the engineer as they put some straps and a come along on the beam.  Garcia said that did not look right to him and has never seen that before. Craig was trying to put more "perlings" on.

Garcia said wires were popping yesterday which he felt was not normal as it was the first time he has seen beams sag or wires pop.  Garcia made sure his guys were okay and stayed on scene.

I briefed Sgt Kendall on my interviews and was advised to respond back to the command post to meet with OSHA investigators.  We advised Joel Barlow with OSHA of our interviews.

I was released from the scene and left.

On 2/1/24 I viewed a few of the officers cameras as well as airport video.

**CONCLUSION**: At this time, I have not seen evidence of criminal activity in this investigation.  Route with original report.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)                                          (Officer's Signature)

02/01/2024

---

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Cpl. Paul Jagosh** | **654** |
| Approved Supervisor | Ada No |  Approved Date |
| **Sgt. Justin Kendall** | **623** |  **02/01/2024 14:29** |

**Boise Police Department:**
**Supplemental Report**

RD: **8025**    DR# **2024-401655**

| 1. Incident Topic MISCELLANEOUS REPORT | 2. Subject/Victim's Name | |
|---|---|---|
| 3. Address 4000 BLK OF WRIGHT ST , BOISE | 4. Phone | |
| 5. Date Occured 01/31/2024 | 6. Time Occured 16:53 | 7. Route To File | 8. Division BSU |

| Narrative | |
|---|---|

**INITIAL RESPONSE/CONTACT**:

I was asked to assist with the death notification of two individuals who were involved in the industrial accident. I met with the Coroner at their building located at 5550 W Morris Hill Rd.

Upon my arrival I was given a phone number and informed that it was the phone number of the mother of one of the deceased persons. I was also informed that the family was currently living in Guatemala and did not speak English. I called the number provided and made contact with a member of the family in Guatemala.

I was informed that this was the phone number for Dorthia, but I would not be able to speak to her due to her primary language being K'iche. K'iche is a secondary Mayan language spoken in Guatemala which I cannot speak. The person I was speaking to was the daughter-in law to Dorthia and informed me that she would pass any information along provided. I informed her of the information we currently have, that Mariano and Mario died when the building collapsed that they were working in.

I informed her that the Coroners Office would be calling later that day with more information, along with another Spanish speaker. She thanked me for my time and informed me that she would inform the family on the news. The call was soon ended.

**CONCLUSION**:
Route with original report

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)                           (Officer's Signature)

02/01/2024

---

| Admin | |
|---|---|
| Officer(s) Reporting **Ofc. Darren Lee** | Ada No. **935** |
| Approved Supervisor **Lt. Chris Davis** | Ada No **608**    Approved Date **02/01/2024 15:27** |

# Boise Police Department:
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000 BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | PATROL |

**Victim**   **QUINILLA, DIEGO R.**   Race: **H**   Sex: **M**   DOB: ▇▇▇   Age: **34**

Address: ▇▇ , ID -   ' "   lbs   Hair Color:   Eye Color:

Occupation:   Res Phone: ( ) -   SSN: - -   Relationship:
Bus or School:   Cell Phone: ( ) -   OLN/St: /   Injury Type: **Major Injury**
▇▇ , ID   Bus Phone: ( ) -   How Ident.: **Verbal**

| Narrative |
|---|

**INITIAL RESPONSE/CONTACT**:
I am currently in the Field Training Officer Program; Officer Echols is my Field Training Officer.

On 01/31/2024, at approximately 1705 hours, I was dispatched to an assist fire code three for a report of a structure collapse that occurred at the 3975 Airport Way.

**INVESTIGATION**:
Upon my arrival, I took a blanket and medical kits out of the back of my patrol vehicle to bring to the scene. Other officers were already on scene as well as Fire and EMS. I worked with other responding officers to form a perimeter around the collapsed structure and look for potential victims. While approaching the north side of the structure, Officer Echols observed a deceased victim within the structure. Paramedics were aware of the individual and were awaiting the remainder of the structure to be cleared. Dispatch advised that three victims had been transported to St. Alphonsus and one to St. Luke's Hospital.

Once multiple victims had been transported to St. Alphonsus Hospital, I drove to St. Alphonsus to assist in collecting statements from victims. Upon my arrival, I was advised from hospital staff that they had at least six victims from the structure collapse with more incoming. Officer Echols advised other responding officers of the number of victims that were being treated. Hospital staff advised me that most of the victims were Spanish speakers.

Hospital staff directed me to exam room 14 where Diego Rodolfo Tum Quinilla ▇▇▇▇▇▇▇▇▇▇▇ was being treated. I spoke to Diego with the help of a translator from the hospital. I asked Diego what happened at the structure. Diego stated that while he was working from a fork lift installing screws the structure collapsed. Diego was harnessed in and did not fall from the fork lift. I asked Diego if he was with anyone when the structure collapsed. Diego was with Monico Lopez on the fork lift. Diego stated that Monico was not harnessed in and fell from the fork lift. Diego was able to take four pictures from where he was after the structure collapsed. Officer Echols took photographs of the pictures on Diego's phone. Hospital staff began taking x-rays of Diego's upper and lower body. Diego had ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

After speaking with Diego, I spoke with officers on scene at the hospital who were gathering a list of victims being treated at St. Alphonsus. Officer's had not yet spoken to Alejandro Lopez ▇▇▇▇ ▇▇▇▇▇, in exam room 13. I spoke with Jacqueline Lopez, Alejandro's niece, who agreed to translate for me. I asked Alejandro what he could recall happening from the incident. Alejandro stated that he was

| Admin | | |
|---|---|---|
| Officer(s) Reporting | Ada No. | |
| **Ofc. Eric Scanlan** | **1096** | |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Jordan McCarthy** | **861** | **02/01/2024 17:12** |

**Boise Police Department:**
**Supplemental Report**

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | | **4. Phone** |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| **5. Date Occurred** | **6. Time Occured** | **7. Route To** | **8. Division** |
| 01/31/2024 | 16:53 | File | PATROL |

on top of the structure on a "boom lift" and was harnessed in when the structure collapsed. Alejandro fell to the ground and lost consciousness for what he believed to be two minutes. Alejandro stated that at the time of the accident he was with co-workers, Pedro Lopez, Mariano Crooks, Mario Santi, and another he provided the name for as "Wartner". I asked Alejandro where he was feeling pain. Alejandro stated that he felt pain in his right elbow, both of his legs, and his back.

Both Diego and Alejandro signed medical release forms after providing me with their statements.

Route to Original Report

---

**"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"**

**(Date of Affirmation)**

**(Officer's Signature)**

02/01/2024

*Eric Scanlan*

---

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Eric Scanlan** | **1096** |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Jordan McCarthy** | **861** | **02/01/2024 17:12** |

# Boise Police Department:
## Supplemental Report

RD: **8025**    DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | | **4. Phone** |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| **5. Date Occured** | **6. Time Occured** | **7. Route To** | **8. Division** |
| 01/31/2024 | 16:53 | File | PATROL |

| *Narrative* | |
|---|---|

## Origin:

On 1/31/2024 at approximately 1700 hours I self-assigned to the call of a structure collapse at 3201 W Airport Way Boise, ID in Ada County.

## Investigation:

I arrived on scene at approximately 1710 hours and approached the structure from the west side. I assisted firefighters on scene carry a victim on a gurney from the center of the collapsed structure to the west side of the structure where medics and ambulances were staged. The victim was conscious and breathing. He appeared to have lacerations to his head and was bleeding profusely.

I searched the southern half of the structure in attempts to locate any injured people on scene. I observed two middle aged men lying in the center of the structure who appeared to be deceased. There were additionally two construction equipment lifts in the middle of the structure. One lift had two adult males in a basket that was roughly 20 feet in the air. Both males appeared to be unconscious. The other lift had one adult male in a basket roughly 30 feet in the air. He also appeared unconscious. There were no other injured people that I located inside the southern part of the structure.

I helped secure the perimeter on the north side of the property while firefighters continued to search for injured people. I then went to the intersection of Orchard and Wright to prevent traffic from entering the scene. I escorted one male to the Jackson Jet Center who stated he was the owner of one of the companies that was involved in the structure collapse. I also escorted one male who worked for OSHA to the south side of the scene located on the airport tarmac.

## Conclusion:

Route with main report.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**

**(Officer's Signature)**

02/01/2024

---

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Luke Yanna** | **1090** |
| Approved Supervisor | Ada No |  Approved Date |
| **Sgt. Jordan McCarthy** | **861** |  **02/01/2024 17:13** |

# Boise Police Department:
## Supplemental Report

RD: **8025**   DR# **2024-401655**



| 1. Incident Topic<br>MISCELLANEOUS REPORT | | 2. Subject/Victim's Name | |
|---|---|---|---|
| 3. Address<br>4000 BLK OF WRIGHT ST , BOISE | | 4. Phone | |
| 5. Date Occurred<br>01/31/2024 | 6. Time Occured<br>16:53 | 7. Route To<br>File | 8. Division<br>NCO |

**Witness** — ROBICH, LYNETTE M.
Race: **W**  Sex: **F**  DOB: ■  Age: **62**
5' 7"  180 lbs  Hair Color: Brown  Eye Color: Brown
Addres ■
Occupation:
Bus or School: **JACKSON'S JET CENTER , ID**
Res Phone: ( )  -   SSN: ■   Relationship:
Cell Phone: ■  OLN/St: ■   Injury Type:
Bus Phone: ( )  -   How Ident.: **Verbal**

**Witness** — FUREY, NICHOLE K.
Race: **W**  Sex: **F**  DOB: ■  Age: **24**
5' 2"  150 lbs  Hair Color: Brown  Eye Color: Green
Address ■
Occupation: **LOGISTICS**
Bus or School: **FIREHAWK AVIATION , ID**
Res Phone: ( )  -   SSN: ■   Relationship:
Cell Phone: ■  OLN/St: ■   Injury Type:
Bus Phone: ( )  -   How Ident.: **Driver's License**

**Witness** — CRAWFORD, CHADWICK S.
Race: **W**  Sex: **M**  DOB: ■  Age: **46**
' "  lbs  Hair Color:  Eye Color:
Address ■
Occupation: **SENIOR AIRCRAFT MECHANIC**
Bus or School: **FIREHAWK AVIATION , ID**
Res Phone: ( )  -   SSN: - -   Relationship:
Cell Phone: ■  OLN/St: ■   Injury Type:
Bus Phone: ( )  -   How Ident.: **Driver's License**

**Person w/ Knowledge** — WEST, MARSHALL T.
Race: **W**  Sex: **M**  DOB: ■  Age: **39**
6' 1"  175 lbs  Hair Color: Red  Eye Color: Blue
Address ■
Occupation:
Bus or School: **JACKSON'S JET CENTER , ID**
Res Phone: ( )  -   SSN: ■   Relationship:
Cell Phone: ■  OLN/St: ■   Injury Type:
Bus Phone: ( )  -   How Ident.:

**Person w/ Knowledge** — IRVIN, MATTHEW .
Race: **W**  Sex: **M**  DOB: ■  Age: **55**
' "  lbs  Hair Color:  Eye Color:
Address: ■
Occupation:
Bus or School: **JACKSON'S JET CENTER , ID**
Res Phone: ( )  -   SSN: - -   Relationship:
Cell Phone: ■  OLN/St: / ID   Injury Type:
Bus Phone: ( )  -   How Ident.: **Verbal**

**Person w/ Knowledge** — SOTO, DANIELLE M.
Race: **W**  Sex: **F**  DOB: ■  Age: **36**
5' 3"  108 lbs  Hair Color: Blond  Eye Color: Green
Address: ■
Occupation:
Bus or School: **JACKSON'S JET CENTER , ID**
Res Phone: ( )  -   SSN: ■   Relationship:
Cell Phone: ■  OLN/St: ■   Injury Type:
Bus Phone: ( )  -   How Ident.: **Verbal**

---

### *Narrative*

On January 31st, 2024 at about 5:00 PM I was working as a Detective for the Boise Police Department, assigned to the FBI Joint Terrorism Task Force. I heard several law enforcement vehicles drive by my office. I activated my department radio and heard multiple officers were needed for a situation near Wright St./Rickenbacker St. I went en-route to the location. While en-route, I learned that a structure had collapsed, and rescue operations were underway. I was advised a command post was set-up to the south of the structure. I responded to Wright St./Rickenbacker St. and met up with Sgt. Zubizarretta. I asked what needed to be done, and he advised that we needed to keep individuals away from the structure, and then Lt. Weir

---

### *Admin*

Officer(s) Reporting  Ada No.
**Cpl. Dustin Robinson**  **742**
Approved Supervisor  Ada No
**Sgt. Joseph Martinez**  **865**
Approved Date
**02/01/2024 18:07**

# Boise Police Department:
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000 BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | NCO |

ordered all Boise Police Personal out of the collapsed structure.  Patrol officers began to set up a crime scene tape.  I checked with Lt. M. Jones who was also on scene.  I advised him that I would attempt to locate any witnesses for the collapse, as I saw a large group of individuals near Jackson's Jet Center looking at the structure.

I spoke with members from Jackson's Jet Center as they stood on their property near the front door.  I asked, Marshall West, if their facility had any exterior cameras that surveilled, they structure.  He said they did not.  I asked if any employee saw what occurred.  Lynette Robich said she was at her desk and saw the structure fall.  She said her desk in on the far west side of Jackson's Jet Center, and that she has a window, behind her computer screen.  Lynette said she was working on her computer when she heard a loud Roar, almost like an aircraft, but different.  She looked up and saw a law flat metal sheet, on the further south portion of the structure, detach from the southernmost support beam and fall to the ground.  She said as that occurred, the support beams and rest of the structure fell to the ground.  She said the entire collapse occurred in 3-5 seconds.

I asked Lynnette Robich, Marshall West, Matthew Irvin, and Danielle Soto, all employees of Jackson Jet center if they saw anything suspicious prior to the collapse, earlier in the day or within the last several days.  All stated that nothing suspicious, or unusual had occurred.  Marshall stated that he called, Firehawk Aviation, the business directly to the west of the construction site and spoke to their manager to determine if they had any video surveillance that captured the collapsed structure.  He said they did not.  Marshall did tell me at least one Firehawk employee, Nichole, witnessed the collapse.

I then checked in at the command post and spoke with Lt. Jones and Sgt. Kendall.  I advised Sgt. Kendall that I had interviewed subjects from Jackson's Jet Center and was going to Firehawk Aviation to conduct more interview.  On my way to Firehawk I was stopped by Deputy Chief T. Brooks.  I briefed the Deputy Chief regarding my interview of Lynnette.  I then proceeded to Firehawk Aviation. I spoke with two employees that were waiting to be contacted by law enforcement because they witnessed the collapse, and one went into the structure to help.  I separated the two individuals and interviewed them independently.

I first met with Nichole Furey.  Nichole said she was just finishing her shift and was standing in the building near the glass wall and glass door facing east, towards the collapsed structure.  Nichole said she was standing with her colleague Chadwick, having a conversation before leaving work.  She showed me the glass wall and door, it is the Northeast most door, corner of Firehawk Aviation.  She said she was facing away from the door when she heard a crash and immediately turned around and saw the structure fall inward, toward the center.  She said it happened very fast, and she saw a slender male, construction worker run to safety.  She said she witnessed a male fall from a crane, hit the ground and stand up quickly.  Nichole said the male then collapsed after standing, but another construction employee helped him stand and get out of the structure.  She does not know what happened to him after they left the structure.  I asked Nichole if she noticed anything unusual or suspicious around the structure earlier in the day, or the day prior or at all.  Nichole said that she had not seen anything suspicious prior to the collapse but she spends most of her work time inside the office.

I then spoke with Chadwick Crawford.  Chadwick said he was having a conversation with Nichole as they were getting ready to leave work for the day. He said he was seated in a chair facing the glass window and door looking towards the structure. He said he saw the structure collapse, with the large metal support beams fall inwards and towards the center or middle of the structure. He said he does not recall hearing anything, but once the structure fell, he ran into the collapse structure in an attempt to help people.  I, Detective Robinson, drew a not to scale diagram and asked Chadwick to show me where he saw

| Admin | | | |
|---|---|---|---|
| Officer(s) Reporting | | Ada No. | |
| **Cpl. Dustin Robinson** | | **742** | |
| Approved Supervisor | | Ada No | Approved Date |
| **Sgt. Joseph Martinez** | | **865** | **02/01/2024 18:07** |

# Boise Police Department:
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | NCO |

individuals that were involved (see attached document).  The dotted line on the diagram was Chadwick's route into the structure.  The "X" shows a location where Chadwick said he saw a subject as he traversed thought the collapsed structure.

X1 a subject with blood on head, a head injury, but alive

X2 deceased, eyes rolled to the back of his head.

X3 subject hanging from a harness, but alive.  Unsure of any back injury so he did not move him.

X4 a subject with blood on head, a head injury, but alive

X5 a subject with blood on head, a head injury, but alive

X6 subject in a harness, alive

X7 subject in a harness, dangling, about 1 Ft. off the ground, but alive

X8 subject deceased, decapitated

X9 subject on a manlift, standing, dazed but alive (subject X9 and X10 were on the same manlift)

X10 subject on a manlift, on his back, unknown condition (subject X9 and X10 were on the same manlift)

X11 subject seated in the mud, face injury, but alive

X12 subject on a manlift, on his back, not moving on initial approach, but saw him take a breath, alive

Chadwick said that after he made an initial run into the structure he knew he needed more rags for dressing, so he left the structure to get more rags Firehawk.  He said he called 911 at that time.  Chadwick said that he did not see anything unusual or suspicious prior to the structure collapse but spent move of his time work in the shop.  Chadwich said that earlier in the day, he went to talk to the employees to see if they needed anything or wanted to come and sit in the lobby for a break and get out of the wind.  He said several of the employees were standing around and talked to him about how difficult the job had been the structure was not lining up correctly and there were having to fight the wind.

After completing the interviews, I provided my business card to both Nichole and Chadwick with my Boise Police Department cell phone number and that they could call me if they think of anything else they feel I should know.

I then went and briefed the information with Sgt. Kendall and Det. P. Jagosh. After speaking with them, I went to the command post.  I went and checked-in at the command post.  I was advised by Capt. Jones, Lt. Hunsaker and Sgt. Kendall that I had no further assignments for the evening.

Route this report to Sgt. J. Kendall of the Boise Police Department Violence Crimes Unit.

---

**"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"**

**(Date of Affirmation)**                                        **(Officer's Signature)**

**02/01/2024**

---

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Cpl. Dustin Robinson** | **742** |
| Approved Supervisor | Ada No |
| **Sgt. Joseph Martinez** | **865** |

Approved Date
**02/01/2024 18:07**

# Boise Police Department
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| MISCELLANEOUS REPORT | | | | |

| 3. Address | | | 4. Phone | |
|---|---|---|---|---|
| 4000  BLK OF WRIGHT ST , BOISE | | | | |

| 5. Date Occurred | 6. Time Occurred | 7. Route To | | 8. Division |
|---|---|---|---|---|
| 01/31/2024 | 16:53 | File | | NCO |

| Victim | CAOMAAS, WERNER W. | Race: **H** | Sex: **M** | DOB: ▮ | Age: **32** |
|---|---|---|---|---|---|
| Address: | UNKNOWN | ' " lbs | Hair Color: | | Eye Color: |
| | , ID - | | | | |
| Occupation: | | Res Phone: ( ) - | SSN: - - | Relationship: | |
| Bus or School: | | Cell Phone: ▮ | OLN/St: **/** | Injury Type: ▮ | |
| | , ID | Bus Phone: ( ) - | | How Ident.: **Permanent Resident Card** | |

| Narrative |
|---|

**During this incident I was tasked with responding to St. Luke's emergency room to locate any possible victims from the construction accident. St Luke's ER is located at 190 E Bannock in Boise. Upon arrival I located Werner Waldemar Caomaas(V) who had been transported to this location by ambulance. Werner Caomaas did not speak English. Officer Poole was able to speak with him in spanish. Officer Poole explained the authorization to use or disclose protected health information to Werner. I then watched Werner sign the medical form. I submitted the completed authorization to use or disclose protected health information form to Boise Police records. I then concluded my involvement in this incident.**

## Route with original report

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**                                     **(Officer's Signature)**

**02/01/2024**

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Cpl. Steve Schneider** | **664** |
| Approved Supervisor | Ada No |
| **Sgt. Joseph Martinez** | **865** |
| Approved Date | |
| **02/01/2024 18:07** | |

**Boise Police Department:**
**Supplemental Report**

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000 BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | NCO |

| Narrative | |
|---|---|

**INITIAL RESPONSE/CONTACT**:

On 1/31/24 I was working as a Boise Police officer in full police uniform and driving an unmarked police vehicle.  On this date around 1700 I responded to the report of a collapsed structure near the area of Wright and Rickenbacker.  While en route, the update was advised via police radio that there was workers that could be trapped, injured or possible deceased.

Upon arrival at the location I observed the large, metal beam structure had collapsed.  I then went to the location of where the lifts (machinery) was located and assisted with searching for injured people.  During this time I observed Boise Police Personnel and Boise Fire Personnel removing injured people from the structure.  I continued to look for people.  I was only able to see a individual that was beyond help near a scissor lift.

Later, Sgt Andreoli was making efforts to locate all the employees that had signed into the daily manifest for this day.  I contacted Pedro Lopez Duarte ███████ in the parking lot just to the east of the collapsed structure.  He did not have any injuries and was sent to the south side of the structure to be accounted for.  I then contacted an injured employee that was seated on the curb, west of the structure.  Werner Waldemar Caomaas ██████ is the injured worker that I contacted.  Werner was accounted for and then transported to St Lukes Downtown for medical treatment.

At this time all BPD officers were ordered out of the structure area and advised to tape off the area as a crime scene.  I then went to 2730 Airport Way to assist Sgt Andreoli with any reunifications that would be showing up.  Also during this time I had Cpl Schneider and Cpl Evans respond to St Lukes Downtown to complete medical release forms for Werner as well as Henry Chen, who had been transported later.

**CONCLUSION**:
Route to CID.

_____

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)                                        (Officer's Signature)

02/01/2024

_____                    _____

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Cpl. Josh Kincaid** | **740** |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Joseph Martinez** | **865** | **02/01/2024 18:11** |

# Boise Police Department:
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | PATROL |

| Narrative | |
|---|---|

On Wednesday, January 31, 2024, I was working uniformed patrol in a marked police unit.  At approximately 1658 hours, I self-assigned to assist the Boise Fire Department with the collapse of a structure located on the 4000 block of Wright St.  I responded with lights and sirens (Code-3) to the scene.  When I arrived to the scene Boise Fire had assumed command of the rescue efforts and advised officers to evacuate the area of the collapsed structure.  I assisted with the investigation by remaining with the construction workers who witnessed the collapse.  Initially the construction workers who were uninjured were gathered to the south of the building site.

While I was there with the workers, I had several brief conversations with some of them. One of the conversations was with an older male adult who identified himself as the crane operator for Inland Crane. As we stood there looking at the collapsed structure, the subject informed me he was operating the crane at the time of the collapse.  The subject identified the crane he was operating as the crane with the collapsed boom.  The subject explained that his crane's cable was wrapped around the far south 300' cross beam since the early morning.  As the beam's joints were being fastened throughout the day, the subject slowly reduced the cable tension.  At the time of the collapse, the crane's load was only 4,000 pounds.  As the building collapsed, the subject remained inside the operator's cab.  The subject believed as the cross beam which the crane cable was secured to, fell to the ground; the crane's boom remained intact; however, once the beam struck the ground it created a "shockwave" which folded (broke) the crane's boom.

The Jackson Jet Center located at 3815 Rickenbacker St. volunteered their facility to accommodate the workers while they waited to be interviewed by detectives.  I helped escort the workers to the Jackson Jet Center and remained with them until detectives arrived to the location.

I conducted no further investigation.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

02/01/2024

(Officer's Signature)

---

| Admin | |
|---|---|

| Officer(s) Reporting | Ada No. |
|---|---|
| **Ofc. Michael Pfau** | **951** |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Jordan McCarthy** | **861** | **02/01/2024 20:28** |

# Boise Police Department:
## Supplemental Report

RD:  **8025**    DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | PATROL |
| * Has Video * Has PPI * | | | |

| Narrative | |
|---|---|

**On 013124, about 1657 hours, I was working as a solo patrol unit (2222).  I responded to a report of a collapsed building near the Boise Airport.  While en route, the location was determined to be near the intersection of W Wright St and W Rickenbacker St in Boise.**

**I arrived and assisted with opening the ingress access for fire and EMS.  Once the roadway was clear, I assisted with the search efforts utilizing a BPD UAS.  I remained on scene providing scene security until around 2200 hours.**

**Route with original report.**

---

**"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"**

**(Date of Affirmation)**

**02/01/2024**

**(Officer's Signature)**

_DM 915_

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Dan Martinez** | **915** |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Eric Urian** | **703** | **02/01/2024 21:09** |

# Boise Police Department:
## Supplemental Report

RD:  **8025**    DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | | **4. Phone** |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| **5. Date Occured** | **6. Time Occured** | **7. Route To** | **8. Division** |
| 01/31/2024 | 16:53 | File | PATROL |

| Narrative | |
|---|---|

On the listed date and time I was working as a patrol officer for the Boise Police Department when I self assigned to assist fire with a collapsed structure. I arrived on scene and saw a giant steel structure had completely collapsed inward and there was multiple workers seen  laying on the ground towards the center of the rubble. I assisted with rescue efforts and communicated with a fire captain to set up a casualty collection point for injured subjects on the Northwest corner of the parking lot. I checked the exterior of the rubble for injuries before resources were requested inside the center of the rubble. We responded and located several individuals as well as multiple obviously deceased individuals. I checked the pulse of one subject and did not feel anything so I moved on. There was also a decapitated male nearby that I did not attempt to render aid to because he was beyond help. There were still construction workers walking around inside the collapsed building so I instructed them to leave since the steel beams were not secured. I continued to work my way through the rubble and located two individuals stuck in a blue lift tangled inside the steel beams and one stuck in a orange life also tangled in steel beams. I notified Sgt. Mccarthy of the people I found and he coordinated with Fire resources to rescue them. I helped direct further police resources to search for any other victims on the northern half of the collapsed structure. Unfortunately due to the amount of steel beams and instability of the structure I could not find a safe way to clear the northern half of the structure. Once we moved all the immediately save able people out of the scene I helped remove police resources from the interior to clear up room for fire to complete rescues and keep officers out of danger. I then helped coordinate with other officers in moving witnesses back and securing the scene on the east side of the structure with crime scene tape. We were soon instructed by a supervisor to respond to the hospital.

When we arrived on scene at the hospital I stood by while Ofc. Reynosa attempted to identify the involved individuals.

See OBV for further.

Route with original.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**

**02/01/2024**

**(Officer's Signature)**

---

| Admin | |
|---|---|

| Officer(s) Reporting | Ada No. | | |
|---|---|---|---|
| **Ofc. Brady Strodtbeck** | **997** | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Sgt. Jordan McCarthy** | **861** | **02/01/2024 23:11** | |

# Boise Police Department:
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| MISCELLANEOUS REPORT | | | | |
| 3. Address | | | 4. Phone | |
| 4000  BLK OF WRIGHT ST , BOISE | | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | | 8. Division |
| 01/31/2024 | 16:53 | File | | PATROL |
| * Has Video * Has PPI * | | | | |

| *Narrative* | |
|---|---|

**INITIAL RESPONSE/CONTACT**:

On 1/31/2023 at approximately 1705 hours, I was operating as a Field Training Officer with Ofc. Quinlan, when we were dispatched to a reported collapsed building located on Boise Airport property. Initial information indicated there was multiple victims and multiple people on site requiring aid and rescue. Ofc. Quinlan and I responded Code 3 (lights and sirens) to this incident.

When we arrived on scene, I noticed a metal I-bean structure had fallen inward. There was also multiple pieces of construction equipment on site that appeared damage, to include a crane. We arrived on scene and began to assist by trying to locate victims and provide aid to those who needed it. We were quickly approached by a male who indicated he was the Superintendent of the job site. He provided us a list of people who were supposed to be on the job site this day. Ofc. Quinlan and I coordinated with Sgt. Andreoli and assisted him with attempting to gather names of personnel on scene, as well as personnel that had already been transported to the hospital. The list was not an exhaustive list, as there was people not on the list at the job site and people on the list, that were not on the job site.

Once we attempted to work through the list and get a count of personnel, we were tasked with scene security and standing by with construction personnel on scene. We were then tasked with escorting the workers to a nearby Jackson Jet Center building for interviews and reunification with family. Detectives on scene asked us to interview witnesses to the building collapse, that were now at the Jackson Jet Center. Ofc. Quinlan conducted interviews with some of the construction workers who were witnesses to what happened and with workers who had prior information regarding issues/concerns with the job site. See Ofc. Quinlan's report for further information regarding those interviews. We were then cleared from the scene.

Route with Original.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)                                      (Officer's Signature)

02/01/2024

_____                _____

---

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Craig Sousa** | **995** |
| Approved Supervisor | Ada No |  Approved Date |
| **Sgt. Jordan McCarthy** | **861** |  **02/01/2024 23:16** |

# Boise Police Department:
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | 2. Subject/Victim's Name | |
|---|---|---|
| MISCELLANEOUS REPORT | | |

| 3. Address | 4. Phone | |
|---|---|---|
| 4000  BLK OF WRIGHT ST , BOISE | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 01/31/2024 | 16:53 | File | PATROL |

**\* Has Video \* Has PPI \***

| Victim | SED, ANIBEL . | Race: **H** | Sex: **M** | DOB: ▇▇▇ | Age: **30** |
|---|---|---|---|---|---|
| Address: | , ID - | ' " | lbs | Hair Color: | Eye Color: |
| Occupation: | | Res Phone: ( )  - | | SSN: - - | Relationship: |
| Bus or School: | | Cell Phone: ( )  - | | OLN/St: / | Injury Type: |
| | , ID | Bus Phone: ( )  - | | | How Ident.: **Verbal** |

| Victim | LOPEZ, ALEJANDRO . | Race: **H** | Sex: **M** | DOB: ▇▇▇ | Age: **41** |
|---|---|---|---|---|---|
| Address: | , ID - | ' " | lbs | Hair Color: | Eye Color: |
| Occupation: | | Res Phone: ( )  - | | SSN: - - | Relationship: |
| Bus or School: | | Cell Phone: ▇▇▇ | | OLN/St: / | Injury Type: |
| | , ID | Bus Phone: ( )  - | | | How Ident.: **Verbal** |

| *Narrative* | |
|---|---|

**INITIAL RESPONSE/CONTACT**: I self assigned to the call after the radio traffic come out. I arrived with Ofc. Strodtbeck and tried to find and victims or survivors that needed assistance within the fallen structure. We entered the collapse the structure and looked for survivors. We came across two males and I was told they were deceased by other Officers that had checked on them. We continued to search for others, since we did not find anybody else, we exited the area. We assisted on the east side of the property with any task needed. I helped tape off the east parking lot where people were collecting to watch. I assisted Ofc. Kennedy by using what Spanish I knew to collect a name of a victim (Anibal) that was transported. Once the victims were transported to the hospitals, Ofc. Strodtbeck and I drove to St. Alphonsus hopital to gather names and dates of birth for some of the victims. I assisted Ofc. Walker with those duties and gave her the information on some of the victims.

I collected these two names, I could not collect any more information due to the victims status.

-Anibel Sed ▇▇▇▇

-Alejandro Lopez ▇▇▇▇

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

(Officer's Signature)

02/01/2024

| *Admin* | | | |
|---|---|---|---|
| Officer(s) Reporting | Ada No. | | |
| **Ofc. Derek Reynosa** | **1093** | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Sgt. Jordan McCarthy** | **861** | **02/01/2024 23:16** | |

# Boise Police Department:
## Supplemental Report

RD:  **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | | | |
|---|---|---|---|---|---|
| MISCELLANEOUS REPORT | | | | | |
| 3. Address | | | | 4. Phone | |
| 4000  BLK OF WRIGHT ST , BOISE | | | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | | 8. Division | |
| 01/31/2024 | 16:53 | File | | PATROL | |

| Narrative |
|---|

**On the listed date and time I self assigned to assist fire with a collapsed structure. I arrived on scene and saw a giant steel structure had completely collapsed inward. I initially responded into the northern side of the structure where I began looking for additional injured people. I then responded to the northwest corner where paramedics were staging as a casualty collection point and began gathering back boards to take into locations within the structure to where Fire needed them to assist in getting victims out of the area. I responded to a location in which a man was down on a small crane type apparatus and could not move.**

**At this time all police personal were instructed to leave the interior of the structure. I then assisted in locating construction workers from the site that were uninjured and directed them to Sgt. Andreoli who was attempting to account for all the personal checked in on the sites roster.**

**At the completion of that I responded to the east side of the structure where I assisted with other officers in moving people back and securing the scene. This included having all workers at the Jackson's building directly on the east side of the structure evacuate the building due to concerns that more of the structure could collapse.**

**I was then requested to respond to 2730 W Airport way to assist with any families responding to the scene. No families responded to that location that I had contact with. I was then instructed to clear the scene.**

**This concludes my involvement in this incident.**

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

02/01/2024

(Officer's Signature)

_____

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Jacy Palic** | **969** |
| Approved Supervisor | Ada No |
| **Sgt. Jordan McCarthy** | **861** |

Approved Date
**02/01/2024 23:17**

# Boise Police Department:
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |

| 3. Address | | | 4. Phone | |
|---|---|---|---|---|
| 4000  BLK OF WRIGHT ST , BOISE | | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | | 8. Division |
|---|---|---|---|---|
| 01/31/2024 | 16:53 | | File | PATROL |

| Narrative |
|---|

On the reported date and time of 1-31-2024 at 1653 hours I heard Officer Rosier advise Ada Dispatch of a structure that had just collapsed in front of him at the 4000 block of W. Wright Street (Jackson's Hangar) he stated he would be checking then providing updates.

I began to travel that direction, with no new information being provided by Officer Rosier after about two minutes, Sgt. McCarthy advised for additional Units to respond (Code 3) until an update was provided.

I was traveling eastbound on the Interstate when I heard an update by Sgt. McCarthy (something to the effect of "Oh Lord") and to send more units. Shortly after I heard an additional update to responding Units and Dispatch that there were multiple subjects down and injured with varying injuries  to include a decapitation of one victim.

I arrived and Officer E. Johnson was strategically getting Police cars to pull off the side of the road as to not clog it up for responding fire/medical units. Many of us arriving grabbed medical kits and headed into the destruction. My first observation of what I was seeing at the east side of the collapse was multiple employees wearing apparel of their respective companies (Inland Crane and McAlvain Contractors). Many of these people appeared to be in shock, I later learned that many of these people had been able to walk out after the structure came down.

I noticed a Hispanic male who was injured that was walking out of the scene who was immediately attended to by arriving Fire Personnel. I ran into the center of the scene looking for victim's I could assist or render lifesaving measures to. As I entered the structure it was overwhelmingly resemblant to me, a smaller version of "ground zero" 9-11-01. Although it was without smoke/fire the amount of bent steel and carnage was mind blowing. The massive steel beams that once spanned across the building each about 300' long had all crashed down into the center of the floor area which was still mud and gravel. Amongst the twisted steel were multiple scissor lifts, cherry picker (man lifts) and a large crane that had the main arm bent in half and multiple bright colored hard hats.

I could hear the voices of multiple victim's moaning in pain and now I began to see the carnage ahead as I made my way to the center of the floor. In front of me were about 5-6 male worker's who's bodies were either tangled up in the wreckage or were laying on some piece of steel. The first male I started my triage on was roughly 30 years old and was laying on his back with an I Beam under the back of his head. This unknown male was facing up with both eyes open, one eye was slightly turned about 20 degrees and had his mouth open. I reached down to feel for a pulse and he had nothing. He appeared to already have a slight cooling setting into his body as I felt the side of his neck. I got on the radio and requested and AED to be brought for this subject. Off about 15 feet was another victim in this same condition I could see but did not make it too him as he was being attended by fire personnel at this point. Additionally I passed by a decapitated male that I never approached.

Next to the unresponsive male was another Hispanic worker I would assume his age to be 45-55 who was laying also on his back with the back of his head on a Steel Beam. I spoke with him as he appeared to be in shock. He spoke broken English but we were able to discuss what

| Admin | |
|---|---|

| Officer(s) Reporting | Ada No. | | |
|---|---|---|---|
| **Ofc. Wayne Anderson** | **853** | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Sgt. Jordan McCarthy** | **861** | **02/01/2024 23:21** | |

# Boise Police Department:
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | 4. Phone | |
| 4000 BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | PATROL |

his injuries were. This victim told me that the back of his head was in a lot of pain and his neck/back. I looked down at his right hand and saw a hole punched through his glove about 1/2 inch deep and as wide as a quarter. I was able to see the bones in his hand as they were exposed. I asked this victim to wiggle his feet which he did and then I asked him to wiggle his hands, he could not move the right hand that was injured but could the left. I temporarily stayed with him, letting him know that it was crucial he did not try to get up or move his body and that fire personnel were about to help him. At the sight of a few firefighter's I briefly shared his injuries to them and stepped aside.

Now as most of the victim's on the ground were being attended to I could see a man lift that was elevated which had two people inside. One was laying on his back and the other was in a lot of pain holding his shoulder. The lift they were on was beeping and was in the emergency shut down mode. I once worked construction and used these for several years. I tried the access panel on the right front to work the ground controls and try to override the system. It would not let me clear it and I even attempted a restart of the engine with no success.

A single male victim was in a one man lift about 30 feet up, also laying on his back moving very slightly. With the inability to help any of these three victim's I started a search for other's. My search led me back to the crane, where I was looking the (driver) cab area over but did not find anyone nor did I see anyone in the cab for the crane operator. I could see a heavy flow of a liquid poring out of the underside of the vehicle and then I could smell the strong odor of hydraulic fluid. By this point Officer's were being called out of the interior with most of the victim's accounted for and little we could do to assist without the proper medical equipment. The risk for additional injury was high and was best to evacuate leaving the remainder of people inside (mostly fire) to bring out victim's on backboards.

Once I was now out I located a witness vehicle and pointed them out to Officer M.Tiner who made contact and obtained written statements from them. I helped put up caution/police tape around the exterior. After this task I was asked to respond to St. Luke's Hospital and provide release of medical history forms for signatures of two victim's who were escorted by Officer's Snyder and Evans.

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

(Officer's Signature)

02/01/2024

| Admin | | | |
|---|---|---|---|
| Officer(s) Reporting | Ada No. | | |
| **Ofc. Wayne Anderson** | **853** | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Sgt. Jordan McCarthy** | **861** | **02/01/2024 23:21** | |

# Boise Police Department
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | BIKE UNIT |
| * Has Video * Has PPI * | | | |

| *Narrative* | |
|---|---|

**The following is a summary of the events that occurred on 1/31/2024.**
**INITIAL RESPONSE/CONTACT**:

On the above date, Officer Guzman and I responded to assist with the structure collapse near Rickenbacker St and Wright St in Boise.

Upon arrival, Officer Guzman and I conducted a check of the perimeter. The structure appeared to have collapsed inward and had struck both workers and equipment on the way down. As Officer Guzman and I rounded the corner from the south side to the west side, I saw that injured workers were walking into a dangerous area of wreckage. Officer Guzman, Officer Reynosa, Officer Strodtbeck, and I began evacuating the workers that were still mobile from the area. A firefighter was near the middle of the collapsed building and indicated that he needed help. We then entered the structure and began searching for more people. I located a male that was not moving on the ground. The male had a large purple bruise/wound across his abdomen. A firefighter said he would get an AED, so I began performing CPR. The firefighter and I were applying the AED pads when we learned that this male had already been declared deceased by Medic 18.

After the scene was secure, I stood by while Officer Guzman interpreted for Det. Kendall and interviewed some of the Spanish speaking witnesses at the Jacksons Jet Center. Officer Guzman and I then responded to St Alphonsus where she assisted again with Spanish interpretation.

**CONCLUSION**:
Route with original report.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)                                    (Officer's Signature)

02/01/2024

---                                                      ---

| *Admin* | | |
|---|---|---|
| Officer(s) Reporting | Ada No. | |
| **Ofc. Mackie Barber** | **960** | |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Logan Terry** | **868** | **02/02/2024 08:09** |

**Boise Police Department**
**Supplemental Report**

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic MISCELLANEOUS REPORT | | 2. Subject/Victim's Name | |
|---|---|---|---|
| 3. Address 4000  BLK OF WRIGHT ST , BOISE | | | 4. Phone |
| 5. Date Occurred 01/31/2024 | 6. Time Occured 16:53 | 7. Route To      File | 8. Division      PATROL |

| *Narrative* | |
|---|---|

On 1/31/2024 during the evening hours, I responded to this incident to assist with traffic control. I was tasked with relieving Officer A Westendorf, who was effecting a shutdown of eastbound traffic on W Wright St at its intersection with S Orchard St. At approximately 2145 hours, I arrived on scene and took over this position. I maintained the traffic closure until I was relieved by Officer E Corona at approximately 0645 hours.

I had no further involvement with this case.

Route with original report.

**"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"**

**(Date of Affirmation)**

02/01/2024

**(Officer's Signature)**

| *Admin* | |
|---|---|

Officer(s) Reporting  **Ofc. Willson Moss**   Ada No. **1007**
Approved Supervisor  **Lt. Kevin Wittmuss**   Ada No **859**   Approved Date **02/03/2024 21:36**

# Boise Police Department:
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | | **4. Phone** |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| **5. Date Occurred** | **6. Time Occured** | **7. Route To** | **8. Division** |
| 01/31/2024 | 16:53 | File | PATROL |

| *Narrative* | |
|---|---|

    On the listed date and time, I assisted other resources at the listed location with this incident.  I assisted with putting up yellow police tape around the area.  I also verbally identified one of the victims as Alejandro Lopez just prior to him being loaded into an ambulance and transported to the hospital.  Soon after, I cleared from the scene with no further involvement in the incident.

    Route with original report.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**                                    **(Officer's Signature)**

02/01/2024

---

| *Admin* | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Chance Feldner** | **885** |
| Approved Supervisor | Ada No | Approved Date |
| **Lt. Kevin Wittmuss** | **859** | **02/03/2024 21:36** |

# Boise Police Department
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000  BLK OF WRIGHT ST , BOISE | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 01/31/2024 | 16:53 | File | AIRPORT |

| *Narrative* | |
|---|---|

**INITIAL RESPONSE/CONTACT**: I am assigned as the Sergeant at the Boise Airport.  On 1-31-24 at about 1653 hours, I heard Officer Rosier's radio transmission reporting the physical collapse of the airplane hanger, under construction, directly west of Jackson Jet Center.

Upon hearing Officer Rosier's transmission, I responded directly to the Airport Operations center within the Boise Airport. I telephoned Lt. Hunsaker to notify him of the structure collapse.  I coordinated responses between the Boise Airport Officers, Patrol Officers and Supervisors, the Command Post and Boise Airport Operations personnel.

I did not respond to the scene of the collapse.  I remained in the Airport Operations center until the Ada Co. Coroner concluded his/her activities at the scene.  Prior to ending my shift, I arranged for Airport Officers to conduct scene security on Wright St. and on the airfield side of the scene.  This security remained in place through the night and into the day on 2-1-24.

**CONCLUSION**:
Route with Report

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)                                                          (Officer's Signature)

02/01/2024

---

| *Admin* | |
|---|---|

| Officer(s) Reporting | Ada No. |
|---|---|
| **Sgt. Will Reimers** | **697** |
| Approved Supervisor | Ada No |
| **Lt. Kevin Wittmuss** | **859** |

Approved Date
**02/03/2024 21:37**

# Boise Police Department:
## Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |

| 3. Address | | 4. Phone |
|---|---|---|
| 4000 BLK OF WRIGHT ST , BOISE | | |

| 5. Date Occured | 6. Time Occured | 7. Route To | | 8. Division |
|---|---|---|---|---|
| 01/31/2024 | 16:53 | | File | PATROL |

| * Has Audio * Has Video * Has PPI * |
|---|

| Narrative | |
|---|---|

## DETAILS:

1. On January 31, 2024, at approximately 1700 hours I self-assigned to a report of a structure collapse near the Boise Airport. I was directed to a location on Wright Road near Rickenbacker. While en-route to this location I learned that the collapsed structure was under construction and that there were several injured and at least three persons confirmed deceased.

2. Upon arrival, I donned my "mass casualty trauma kit" and entered the structure from the east. I made contact with Officer T. Cooper and other officers who had already searched that area of the structure and identified 3 deceased and had already evacuated additional injured to the west where there was an established casualty collection point. My attention was also drawn to two different cranes. The platform of one of the cranes contained two males, one of which complained of a significant back injury. The other crane also held a single male who was also injured. All of these subjects were currently unable to get down from their current positions. I confirmed with Officer B.Strodtbeck that the entire southern half of the structure had been cleared and evacuated with the exception of the deceased and the individuals in the elevated crane platforms.

3. I relayed the status of the known occupants to Sgt. McCarthy then formed a team to begin clearing the northern half of the structure. Due to the unstable condition of the structure, I directed officers to remain outside the northern edge of the structure and attempt to clear as much as we could from the outside. We were able to clear the northern half and located no additional injured or deceased.

4. I was then informed that an officer had received a written list of the persons known to be at the work site on this date. I directed officers to locate the uninjured workers and direct them to the south side of the structure to compare their names with the list of potential workers to help identify if we were still missing any other persons as well as identify the deceased.

5. I spoke with the workers with the assistance of several officers as well as Spanish speaking officers and was able to develop a comprehensive list of those that were accounted for. I also learned that there were several workers that were not listed. See attached list on page 3 of the "Crane Safety Review" dated 29 January 2024. The names were listed in blue ink and several of the names or signatures had a blue check mark next to their name. I learned that those with the blue check marks were those that were present at work on this date. I used black ink to further mark the page with a check mark for those that were accounted for. I also wrote, in black ink, any additional names that were known to be present, but not listed on the current list. This included all the employees of Inland Crane.

6. During my identification of employees, I spoke with Dennis Durrant. Dennis was not listed as

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Sgt. Joe Andreoli** | **719** |
| Approved Supervisor | Ada No |
| **Lt. Kevin Wittmuss** | **859** |

Approved Date
**02/03/2024 21:41**

**Boise Police Department:**
**Supplemental Report**

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic MISCELLANEOUS REPORT | | 2. Subject/Victim's Name | |
|---|---|---|---|
| 3. Address 4000 BLK OF WRIGHT ST , BOISE | | 4. Phone | |
| 5. Date Occurred 01/31/2024 | 6. Time Occured 16:53 | 7. Route To File | 8. Division PATROL |
| * Has Audio * Has Video * Has PPI * | | | |

working this date and his name was recorded.  He also directed me to the name "Craig" that was written in blue ink on the bottom of the page.  Dennis advised that Craig is Craig Durrant and he is Dennis' brother.  According to Dennis, he witnessed Craig was deceased inside the structure. Dennis was visibly upset.  I asked Cpl Orton to request Victim Witness Coordinators at that time.

7.  Many of the employees were Spanish speaking.  I utilized Spanish speaking officers and one of the employees who volunteered to assist.  In further speaking with employees, I learned that several of them were aware of a Mario Sontay and Mariano Cococh were present and inside the structure at the time of the collapse.  According to the workers, no one had seen Mario or Mariano since the collapse, and they feared that both were deceased.

8.  Many of the workers also helped me establish many of whom were transported to area hospitals.  I learned the following persons were transported for their injuries:

Alejandro Lopez
Bryan Garcia
Werner Caomass
Henry Chin
Diego Quinillo
Monaco Lopez
Pedro Lopez Jr
Emanuel LNU
Tommy LNU

9.  I later learned from Officer K. Walker that the following subjects were, in fact, transported to St. Als ER:

Alejandro Lopez
Pedro Lopez Jr
Monaco Lopez
Diego Quinilla
Tommy Esuardo
Anibal Sed
Bryan Garcia – unconfirmed but believed to have been in surgery and unable to be immediately identified.

10. I also later learned from Cpl. Schneider and Cpl. Evans that the following subjects were, in fact, transported to St. Lukes ER:

Werner Caomoss
Henry Chin

| *Admin* | | | |
|---|---|---|---|
| Officer(s) Reporting **Sgt. Joe Andreoli** | Ada No. **719** | | |
| Approved Supervisor **Lt. Kevin Wittmuss** | Ada No **859** | Approved Date **02/03/2024 21:41** | |

**Boise Police Department:**
**Supplemental Report**

RD:  **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | **4. Phone** | |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| **5. Date Occurred** | **6. Time Occured** | **7. Route To** | **8. Division** |
| 01/31/2024 | 16:53 | File | PATROL |
| * Has Audio * Has Video * Has PPI * | | | |

11. After gathering all the pertinent information, I requested that officers keep all uninjured employees/witnesses on the south side of the structure, in a safe place, and await further instruction from CID Detectives who were en-route. I returned to Sgt. McCarthy with the new information.

12. I then contacted the BPD PIO who was on-scene.  Sgt. McCarthy and I agreed on a near-by "reunification location" and this information was relayed to the PIO.  I assigned several officers, including Spanish speakers, to accompany me to the reunification location to await any family members seeking information on their loved ones.  This location was later changed, and I was relieved of my assignment.

13. See Attached "Crane Safety Review" to include the employee sign in and my included notes.

14. It should be noted that my on-body video camera was worn and activated throughout the duration of my actions.  Please refer to OBV for further details.

15. Route with Original Report

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**                           **(Officer's Signature)**

**02/01/2024**

---

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Sgt. Joe Andreoli** | **719** |
| Approved Supervisor | Ada No |  Approved Date |
| **Lt. Kevin Wittmuss** | **859** |  **02/03/2024 21:41** |

# Boise Police Department:
## Supplemental Report

RD:  **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| MISCELLANEOUS REPORT | | | | |
| 3. Address | | | 4. Phone | |
| 4000  BLK OF WRIGHT ST , BOISE | | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | | 8. Division |
| 01/31/2024 | 16:53 | File | | NCO |

| Narrative | |
|---|---|

**On 01-31-24 at about 1653 hours, Boise Police responded to a collapsed building in the 4000 block of Wright.  At the time I was working with our NCO Unit sitting up on a warrant suspect. Upon hearing this call come out, I decided to respond to assist with the needs of this casualty. When I arrived there were several officers in the footprint of where the building had collapsed.  I showed up to the Northwest corner of the collapsed structure and noticed an ambulance paramedic near his ambulance.  At that time I began coordinating with him reference what he needed due to the fact that we had a multitude of police on scene and very few medical personnel.**

**He requested that we prioritize casualties and start bringing them out towards the ambulance at the Northwest corner of the structure.  He stated that he would like the Northwest corner to be the casualty collection point and would like the incoming ambulance to respond to that location.  I worked with him and his request and updated dispatch and command with the desires of having injured brought out to that location.  At some point I spoke with two workers who had been working on the structure who were uninjured.  I asked them how many people were working with them on the structure today.  They informed me that they believed there was 15 workers.  They spoke Spanish so our communication was limited but I believed they understood what I was asking them.  I couldn't get any other information from them right away.**

**Once we started getting injured to the casualty collection point, they started being picked up by ambulance as they were arriving.  We began gathering the names of the individuals that were being collected.  Sgt. Andreoli had located a roster of the people working at the site.  I started relaying to him the names of the injured who were collected and the number of the ambulance that was transporting them.**

**As we started getting boards freed up and injured into ambulances, I assigned a few officers to respond over to the East side of the structure to assist Sgt. McCarthy.  Sgt. McCarthy had a couple of injured workers on his side that were going to need medical assistance and needed to be carried to the ambulance.  We also sent an ambulance over to the East side so that the injured on that side could be carried directly to the ambulance on the East side rather than having to be carried all the way across the North side of the building.**

**Once all of the injured on our side were loaded up in an ambulance and accounted for I assigned Ofc. Feldner and Ofc. Fiddler to begin putting up crime scene tape across the front of the building along the road.  I asked that they not block off the entrances since emergency personnel was still working.  When it appeared there was nothing further needed from law enforcement on the West side of the structure, I left any further law enforcement leadership to Ofc. Kincaid who was working as AFC for NCO's.**

| Admin | |
|---|---|

| Officer(s) Reporting | Ada No. | | |
|---|---|---|---|
| **Sgt. Joseph Martinez** | **865** | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Lt. Kevin Wittmuss** | **859** | **02/03/2024 21:43** | |

# Boise Police Department
## Supplemental Report

RD:  **8025**   DR# **2024-401655**

| 1. Incident Topic | 2. Subject/Victim's Name | | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |

| 3. Address | 4. Phone | |
|---|---|---|
| 4000 BLK OF WRIGHT ST , BOISE | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 01/31/2024 | 16:53 | File | NCO |

**No further action taken by this officer.**

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)                                                (Officer's Signature)

02/01/2024

_____                    _____

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Sgt. Joseph Martinez** | **865** |
| Approved Supervisor | Ada No |  Approved Date |
| **Lt. Kevin Wittmuss** | **859** |  **02/03/2024 21:43** |

# Boise Police Department
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |

| 3. Address | | | 4. Phone |
|---|---|---|---|
| 4000  BLK OF WRIGHT ST , BOISE | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | | 8. Division |
|---|---|---|---|---|
| 01/31/2024 | 16:53 | | File | PATROL |

| Narrative |
|---|

## INITIAL RESPONSE/CONTACT

On January 31, 2024 at approximately 1724 hours I self-dispatched to an assist fire call located near 3975 W Airport Way, Boise, ID 83705.  I am assigned to BPD's unmanned aircraft system (UAS) team as a certified UAS remote pilot.  Some of the duties I perform in this ancillary assignment include operations support, evidence collection, special event support, and fire & rescue operations.  I arrived on scene and reported to the incident command center where I set up the UAS operations center.  I stood by until dismissed by the incident commander around 1830 hours.

I did not conduct any investigation or perform any UAS operations while on-scene.

## CONCLUSION

Route to file.

---

**"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"**

**(Date of Affirmation)**

**02/01/2024**

**(Officer's Signature)**

---

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Patrick Ellison** | **930** |
| Approved Supervisor | Ada No    Approved Date |
| **Sgt. Tony Ostrander** | **807**     **02/05/2024 12:10** |

# Boise Police Department
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |

| 3. Address | | 4. Phone | |
|---|---|---|---|
| 4000 BLK OF WRIGHT ST , BOISE | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 01/31/2024 | 16:53 | File | PERSONS |

| Narrative |
|---|

On the listed date and time, I was assigned as the Captain of the Boise Police Criminal Investigations Division.  I became aware of a building collapse which generated a large police response via radio traffic I overheard.  I responded to the location of the incident at 4815 W Rickenbacker St.

Once on scene, I responded to the Incident Command Post, which was being operated by BPD LT. Weir and a Boise Fire Department Battalion Chief. I learned that multiple people had been injured and three people had been killed as a result of a total structural collapse of a hangar building under construction.

I served as the Investigations Branch Director for the majority of this incident.  In this capacity, I assisted the Incident Commander by fulfilling or completing the following tasks:
1. Coordination of investigative personnel and supporting resources
2. Activation of OSHA Investigators
3. Activation of Ada County Coroner's Office

It was eventually determined by BPD investigators that no criminal act as it relates to Idaho State Code led to the building collapse, and the investigation was turned over to OSHA Compliance Officer Joel Barlow.

I did not speak to any witnesses or involved parties nor did I make any video or audio recordings at this incident.
Route with report.

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**                                            **(Officer's Signature)**

**02/01/2024**

---

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Matt Jones** | **616** |
| Approved Supervisor | Ada No |
| **Sgt. Justin Kendall** | **623** |

Approved Date
**02/07/2024 11:47**

# Boise Police Department
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |

| 3. Address | | 4. Phone |
|---|---|---|
| 4000 BLK OF WRIGHT ST , BOISE | | |

| 5. Date Occured | 6. Time Occured | 7. Route To | | 8. Division |
|---|---|---|---|---|
| 01/31/2024 | 16:53 | | File | PATROL |

| Witness | ELLIOT, CONNOR . | Race: **W** | Sex: **M** | DOB: ▆▆▆ | Age: **29** |
|---|---|---|---|---|---|
| Address | ▆▆▆▆▆▆ | ' " | lbs | Hair Color: | Eye Color: |
| Occupation: | | Res Phone: ( ) - | SSN: - - | | Relationship: |
| Bus or School: | | Cell Phone: ▆▆▆ | OLN/St: / ID | | Injury Type: |
| | , ID | Bus Phone: ( ) - | | | How Ident.: **Verbal** |

| Witness | MILLER, KENNETH . | Race: **W** | Sex: **M** | DOB: ▆▆▆ | Age: **40** |
|---|---|---|---|---|---|
| Address | ▆▆▆▆▆▆ | ' " | lbs | Hair Color: | Eye Color: |
| Occupation: | | Res Phone: ( ) - | SSN: - - | | Relationship: |
| Bus or School: | | Cell Phone: ▆▆▆ | OLN/St: / ID | | Injury Type: |
| | , ID | Bus Phone: ( ) - | | | How Ident.: **Verbal** |

| Witness | BONGIOVANOS, ANTHONY . | Race: **W** | Sex: **M** | DOB: ▆▆▆ | Age: **33** |
|---|---|---|---|---|---|
| Address | ▆▆▆▆▆▆ | ' " | lbs | Hair Color: | Eye Color: |
| Occupation: | | Res Phone: ( ) - | SSN: - - | | Relationship: |
| Bus or School: | | Cell Phone: ▆▆▆ | OLN/St: / ID | | Injury Type: |
| | , ID | Bus Phone: ( ) - | | | How Ident.: **Verbal** |

| Narrative | |
|---|---|

On 1/31/2024 at approximately 1705 hours, I responded to a Fire Assist Code 2 near Firehawk Helicopters located at 4125 Wright Street. Call notes stated a large structure had collapsed and a request for further search and rescue was needed.

Once on scene, I was tasked with assisting in accounting for all employees on site. The Site Supervisor provided me with a list of employees who were on site. I provided Sgt Andreoli with that sheet. I then took note of victims being transported for medical care and provided Sgt Andreoli with any updates regarding transports. Myself and other officers were then responsible for keeping all workers on the south side of the incident site until a more appropriate location to conduct interviews was found.

All workers/witnesses were moved to Jacksons Jet Center. Initially, I was tasked with keeping everyone out of the building, except for Law Enforcement and workers who were present for the building collapse. As the scene stabilized, I assisted with conducting interviews.

I initially interviewed Kenneth Miller who was a crane operator on scene. Miller told me the hangar's overhead beams were not straight. He attributed that to poor assembly. Miller added there were not enough cross sections to support the overhead beams. He added this was very uncommon and there were corners being cut. Miller said the cable braces were breaking since 1/30/2024. He said he advised site supervisors of the issues and they should contact engineers to reevaluate the construction. He added "the oversight was shit".

I then interviewed Connor Elliot. Elliot said yesterday he noticed the stiffener cables were snapping. I asked why they would snap. Elliot informed me they snap due to "too much tension".

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Ofc. Jeffrey Quinlan** | **1056** |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Justin Kendall** | **623** | **02/07/2024 11:49** |

# Boise Police Department
## Supplemental Report

RD: **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| MISCELLANEOUS REPORT | | | | |
| 3. Address | | | 4. Phone | |
| 4000 BLK OF WRIGHT ST , BOISE | | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | | 8. Division |
| 01/31/2024 | 16:53 | File | | PATROL |

Elliot added the overhead beams "looked like snakes". Elliot said on 1/31/2024 at approximately 1400 hours, he notices the cables skewing. He added the beams were initially plumb but, began to shift within 45 minutes of installation. I asked Elliot what causes beams to "skew", he replied "too much tension".

My final interview was with Anthony Bongiovanso who is a safety officer for Inland Crane. Bongiovanso advised he did not witness the collapse and was not on scene during the morning of 1/31/2024. He did state several employees from Inland advised him there were structural integrity concerns for the hanger. He also confirmed multiple crane operators from Inland Crane reported curved beams and snapped stiffener cables.

## CONCLUSION: Route with Original Report

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**

**(Officer's Signature)**

**02/01/2024**

_JR 1056_

---

| Admin | | | |
|---|---|---|---|
| Officer(s) Reporting | Ada No. | | |
| **Ofc. Jeffrey Quinlan** | **1056** | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Sgt. Justin Kendall** | **623** | **02/07/2024 11:49** | |

**Boise Police Department:**
**Supplemental Report**

RD: **8025**  | DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | | |
|---|---|---|---|---|
| MISCELLANEOUS REPORT | | | | |
| 3. Address | | | 4. Phone | |
| 4000 BLK OF WRIGHT ST , BOISE | | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | | 8. Division |
| 01/31/2024 | 16:53 | File | | BIKE UNIT |

| *Narrative* | |
|---|---|

On 01/31/2024 at approximately 1653 hours Officer Poole and I received a call that a building had collapsed in the vicinity of 3201 W Airport Way. I was on scene at 1659 hours and immediately assessed the situation and entered the structure to render aid to the casualties. I entered the structure from the west, as I moved through the structure I approached a man who identified himself verbally as Emmanuel who said his was 29 years old. That is all I could get from Emmanuel. I assessed Emmanuel's injuries to be a severe laceration to left side on his head and Emmanuel also claimed to have back pain. I applied pressure to the head laceration and stabilized Emmanuel's neck as we moved him onto the slant board. We transported Emmanuel to the southwest corner of the collapsed structure were medics were staged. I applied a brace to his neck and medics took over from there.

I continued to clear through the structure where I checked the pulse of two males, I could not get a pulse from the males. I moved on from the scene to help gather names of the casualties for Sgt. Andreoli.

This concludes my involvement in the investigation.

**CONCLUSION**:
Route With Main

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

(Date of Affirmation)

**02/06/2024**

(Officer's Signature)

---

| *Admin* | |
|---|---|

| Officer(s) Reporting | Ada No. |
|---|---|
| **Ofc. Holden Kennedy** | **1088** |
| Approved Supervisor | Ada No |  Approved Date |
| **Sgt. Justin Kendall** | **623** | **02/07/2024 11:51** |

# Boise Police Department:
## Supplemental Report

RD:  **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |

| 3. Address | | | 4. Phone |
|---|---|---|---|
| 4000  BLK OF WRIGHT ST , BOISE | | | |

| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
|---|---|---|---|
| 01/31/2024 | 16:53 | File | PERSONS |

**Victim**   DURRANT, DENNIS J.          Race: **W**   Sex: **M**   DOB: ▮      Age: **56**
Address ▮      ' "    lbs   Hair Color:                  Eye Color:
Occupation: **GENERAL CONTRACTOR**   Res Phone: ▮   -      SSN: - -            Relationship:
Bus or School: **BIG D BUILDERS**      Cell Phone: ( )   -      OLN/St: /      Injury Type: **None**
, **MERIDIAN ID**      Bus Phone: **(208) 888-2068**               How Ident.: **Verbal**

**Victim**   LOPEZ, DUARTE P.          Race: **H**   Sex: **M**   DOB: ▮      Age: **46**
Address ▮      ' "    lbs   Hair Color:                  Eye Color:
Occupation: **BIG D BUILDERS**      Res Phone: ( )   -      SSN: - -            Relationship:
Bus or School:            Cell Phone: ▮      OLN/St: /      Injury Type: **None**
, **MERIDIAN ID**      Bus Phone: **(208) 888-2068**               How Ident.: **Driver's License**

**Victim**   COOPER, JESSE R.          Race: **W**   Sex: **M**   ▮      Age: **28**
Address ▮      ' "    lbs   Hair Color:                  Eye Color:
Occupation: **JEREMY HAYNARD CRAINS**   Res Phone: ( )   -      SSN: - -            Relationship:
Bus or School:            Cell Phone: ▮      OLN/St: /      Injury Type: **None**
, **ID**      Bus Phone: ( )   -               How Ident.: **Driver's License**

**Person w/**   EBORN, BRENT .          Race: **W**   Sex: **M**   DOB:      Age:
**Knowledge**
Address , **ID** -      ' "    lbs   Hair Color:                  Eye Color:
Occupation: **GM OF JACKSON JET CENTER**   Res Phone: ( )   -      SSN: - -            Relationship:
Bus or School: **JACKSON JET CENTER**   Cell Phone: ▮      OLN/St: /      Injury Type: **None**
**3975 AIRPORT WAY, BOISE ID**   Bus Phone: **(208) 383-3300**            How Ident.: **BUSINESS CARD - VERBALLY**

| Narrative | |
|---|---|

**INITIAL RESPONSE/CONTACT**:  On 1/31/24 at around 1700 hrs I heard radio traffic about a large number of injured and dead involving a collapsed building.  I was at my office at Boise Police HQ at that time.  Upon learning of this, I consulted with Lt. Linn by phone and also Captain Jones by phone.  We determined that a CID response was needed and made plans to meet at the command post at the airport.  Det. Jagosh, Captain Jones, and myself then responded to the location, Jackson Jet Center property at Boise Airport.

Upon arrival we met with the patrol commanders at the incident CP, inside the Airport perimeter, on the south side of the collapsed building.  Lt. Weir briefed us and advised that a company was building a new airplane hanger for Jackson Jet Center.  While installing the steel framework of the building it collapsed.  I was advised that there were thought to be 3 people deceased, and still in the structure, and that 9 people had been transported to the hospital with injuries ranging from non life threatening to critical.  I was further advised that all the surviving, and uninjured, construction, employees had been gathered on the east side of the collapsed building, closest to Jackson Jet center's building.

We met with Jackson Jet Center GM, Brent Eborn, and he allowed us to use their main facility to conduct interviews.  Detective Jagosh, Detective D. Robinson, and myself were assigned to interview witnesses / victim / survivors, to determine if any criminal acts contributed to this incident, or if it was more of an

| Admin | |
|---|---|
| Officer(s) Reporting | Ada No. |
| **Sgt. Justin Kendall** | **623** |
| Approved Supervisor | Ada No |   Approved Date |
| **Sgt. Justin Kendall** | **623** |   **02/07/2024 11:56** |

**Boise Police Department:**
Supplemental Report

RD: **8025**  DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | PERSONS |

industrial accident that should be further investigated by OSHA.

**VICTIM INTERVIEW**:

In Jackson Jet center's main concourse I observed several construction workers, sitting in the break/lounge area.   The first person I interviewed was a Dennis Durrant.  I learned that he was the owner of Big D Builders, the general contractor building the now collapsed building.  He advised that his partner was his brother Craig, and that Craig was among the dead inside the building.

I asked Dennis what had happened.  He stated, in summary, that they had problems with the steel frames they were installing that would consist of essentially the roof and outside wall, footprint of the hanger.  He stated that the day prior they had noticed them "bowing."  He also stated that some support cables had broken.  He stated they had reached out the manufacturer about the supports not being adequate.   He stated that he also reached out to an engineer and had received guidance from the engineer on re-enforcing the building.  He stated that work was continuing this date.

Dennis stated that he and his brother Craig were standing in the center of the building, when they heard loud popping / breaking noise with the structure.  They both knew something was wrong, and started running for the perimeter.  He stated the building came down within seconds.  He stated his brother Craig didn't make it out and that he had been decapitated.  Dennis, understandably became emotional at this point.

I asked Dennis if he believed anyone had intentionally damaged the structure or used a piece of equipment to cause the collapse to intentionally harm anyone.  Dennis shook his head no, and said "of course not."  I asked if there was anyone on his crew that upset with others or there was any chance of this being a work place violence issue, and he again said no.  I asked if there was anyone that had rammed into a support with equipment or something of that nature, that caused the collapse.  He again said no.  He said at the time of the collapse only one large crane was in the structure supporting weight of one of the cross beams.  He said the other equipment consisted of 3 different lifts.  He said those were at the south end of the structure.

I advised Dennis that the police role was to investigate any crimes that lead to the deaths in this instance.  If it did not appear to be a criminal natured incident the investigation would be turned over to OSHA.  I advised him that from what information I had at that time, it would likely be an OSHA investigation.  I advised Dennis that our Victim services would be reaching out to him later that night or the next day, and ended my contact with him.

**VICTIM INTERVIEW #2:**

The next interview I conducted was with Duarte P. Lopez.  Duarte spoke spanish, so I used spanish speaking officer, Officer Guzman to conduct that interview.  I asked her to ask him some basic questions about intentional acts or recklessness similar to questions asked of Dennis.  I have reviewed Officer

| *Admin* | | |
|---|---|---|
| Officer(s) Reporting | Ada No. | |
| **Sgt. Justin Kendall** | **623** | |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Justin Kendall** | **623** | **02/07/2024 11:56** |

**Boise Police Department:**
**Supplemental Report**

RD:  **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| 3. Address | | | 4. Phone |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| 5. Date Occurred | 6. Time Occured | 7. Route To | 8. Division |
| 01/31/2024 | 16:53 | File | PERSONS |

Guzman's report.  It accurately reflects our conversation with Duarte.  I ended my contact with Duarte quickly as he wanted to leave and go the hospital, as he had injured family members from this incident that he wanted to check on.

**VICTIM INTERVIEW #3:**

The last interview I conducted was with a Jesse R. Cooper.  I asked Jesse the same similar questions about work place violence or deliberate acts.  He again said there was none of that.  He also gave some similar details that Dennis had given about known issues with the structure and those were trying to be addressed when the collapse occurred.  He stated that he worked for a crane company, subcontracted by Big D Builders.  His company he worked for was Jeremy Haynard Crains.  I then ended my contact with him.

**Further investigation:**

After conducting the 3rd interview, I had very little concern this incident was of criminal nature.  I didn't feel a detective needed to interview all involved.  I then asked on scene officers to interview the remaining witness/victims at Jacksons.  See individual officer reports.  I have reviewed officer reports of the interviews and saw nothing that would change the course of this investigation.

I then met with Det. Jagosh and Det. Robinson.  We had each interviewed at least 3-4 people each at this point.  We compared what we had learned.   There was no indication of a crime leading to this collapse in regards to Idaho criminal code, such as involuntary manslaughter, negligent homicide etc.  We felt there was no evidence to lead us to continue with a criminal investigation, and that we would recommend at the command post this incident be turned over to the jurisdiction of OSHA.

We then responded back to the command post.  We reported our findings to the incident command.  We were also introduced to the OSHA investigator, Joel Barlow.  We briefed him on our investigation to that point and that we intended to turn this over to him and the Ada County Coroner's office.

**Administrative actions:**

The above recorded information concluded my involvement in the investigation of the incident.  The rest of my involvement was of supervisory / administrative duties.

• I made arrangements with OSHA to collect our reports and deliver photos, reports, and video from BPD to OSHA.
• I met with Ada County Coroners office investigators and provided contact names, and phone numbers that BPD collected so they could make death notifications
• The following morning I met with BPD victim witness coordinators and passed information onto them for reaching out to involved witnesses and victims.

| *Admin* | | | |
|---|---|---|---|
| Officer(s) Reporting | Ada No. | | |
| **Sgt. Justin Kendall** | **623** | | |
| Approved Supervisor | Ada No | Approved Date | |
| **Sgt. Justin Kendall** | **623** | **02/07/2024 11:56** | |

**Boise Police Department:**
**Supplemental Report**

RD:  **8025**   DR# **2024-401655**

| 1. Incident Topic | | 2. Subject/Victim's Name | |
|---|---|---|---|
| MISCELLANEOUS REPORT | | | |
| **3. Address** | | | **4. Phone** |
| 4000  BLK OF WRIGHT ST , BOISE | | | |
| **5. Date Occurred** | **6. Time Occured** | **7. Route To** | **8. Division** |
| 01/31/2024 | 16:53 | File | PERSONS |

**Conclusion**:

Upon inspection of the scene, and conducting interviews, there is no evidence to support a violation of Idaho criminal code, that led to the deaths and injuries from this building collapse.  BPD will not be continuing with a criminal investigation at this time, and the case was turned over to the Ada County Coroner's office and OSHA.

Route to file
Copy provided to OSHA

---

"I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing be true and correct"

**(Date of Affirmation)**

**(Officer's Signature)**

**02/02/2024**

*Justin Kendall*

_____

| *Admin* | | |
|---|---|---|
| Officer(s) Reporting | Ada No. | |
| **Sgt. Justin Kendall** | **623** | |
| Approved Supervisor | Ada No | Approved Date |
| **Sgt. Justin Kendall** | **623** | **02/07/2024 11:56** |

DR# 2024-401655

**Ada County Sheriff's Department**
**Boise Police Department**

**STANDARD STATEMENT FORM**

Name __Matt Parker__

Date of Birth

Address

City/State/Zip

Home Phone

Work Address _____ Work Phone _____

If student, name of school _____

D.R. No. __2024-401655__

Date __1.31.24__

Time __5:04 PM__

While driving on 84 Eastbound and the structure was going down. The blue Inland crane looked like it might have broken.

Side note we pass by daily on our way home and there were three large Inland type cranes yesterday holding the structure up.

I, __Mathew Parker__ , have read the above statement consisting of __1__ pages, and I know the same to be a true statement as given by me. I have initialed all mistakes noticed by me.

*Witnessed By:*

a. ___Ofc. JC Tuum #8710___
(Signature)      1/31/24

b. _____
(Signature)

*Statement By:* _____
(Signature)

1.31.24
(Date)

BPD-6-DP

Crane Safety Review

Jackson Jet Center

Meridian, Idaho

29 January 2024

**Lifting & Crane Hazards:**

Shifting of materials from one place to another place using Crane and Boom truck (Lifting) is a critical work which has the following hazards:

1. Load falling: When lifting a load, there is a risk of it falling, which can cause injuries to people and damage to property.

2. Hitting and crushing: Loads can swing and collide with existing facilities, causing damage or injury.

3. Crane toppling: If the crane is not properly set up or overloaded, it can topple over, potentially causing serious injury or death.

4. Environmental factors: High wind speed, poor communication, and poor visibility can also contribute to crane accidents.

5. Damage to underground utilities: When moving heavy loads, there is a risk of damaging underground utilities or other infrastructure, which can be costly and dangerous.

6. Electrical hazards: When working near power lines or electrical equipment, there is a risk of electrocution, which can be fatal.

7. Inadequate training: Operating a crane or boom truck without proper training and certification can result in accidents and injuries.

8. Equipment failure: Equipment failure can occur due to a lack of maintenance or faulty parts, leading to accidents and injuries.

9. Human error: Accidents can also occur due to human error, such as miscommunication or improper use of equipment.

It is important to take appropriate safety measures and precautions when using cranes and boom trucks to ensure the safety of personnel and property.

## Lifting & Crane safety precautions

1. Check and level ground conditions: Before operating a crane or boom truck, the soil or ground conditions should be checked and leveled to ensure stability and prevent accidents.

2. Use appropriate spread mate size: A spread mate size of 1:3 should be used to ensure that the load is evenly distributed, and the crane is stable.

3. Fully extend outriggers: The outriggers should be fully extended and at least 1 meter or 3 feet away from manholes and trenches to provide maximum stability and avoid accidents.

4. Do not overload: Always lift up to the safe working load (SWL) and avoid overloading the crane or boom truck, as this can result in equipment failure and accidents.

5. Follow regulations: Crane and boom truck operations should be performed according to the regulations set by the relevant authorities, such as KNPC, and the crane should not be used beyond 75% of its capacity.

6. Avoid adverse weather conditions: Crane and boom truck operations should not be performed in high winds or raining conditions, as this can increase the risk of accidents and injuries.

7. Barricade the swinging radius: The swinging radius of the crane should be barricaded, and only trained and certified riggers should be allowed in the area.

8. Wear appropriate personal protective equipment: Riggers should wear jackets or other appropriate personal protective equipment.

9. Proper communication protocols: The only rigger should give signals to the crane operators, and a minimum of two tag lines should be used to control the swinging of the load. Miscommunication or misunderstanding of signals

*INLAND*
*ACCOUNTED FOR*

can result in accidents and injuries.

10. Avoid man entry: Under no circumstances should anyone be allowed under the suspended load, even if they are a rigger.

11. Use appropriate hitching methods: Straight, basket, and choker hitching methods should be used to secure the load properly and prevent accidents.

12. Reverse beep horn: The crane should have a reverse beep horn to alert workers and prevent accidents while the crane is in motion.

13. Regular inspections and maintenance: Regular inspections and maintenance of the crane and its components can help to identify any issues that may increase the risk of accidents and prevent equipment failure.

14. If multiple cranes are being used, a risk assessment should be performed.

Reviewed by:

Employee sign in:

| | |
|---|---|
| ✓ Mario Sontay _Poss DOA_ | Jesus Duarte |
| ✓ Mariano Coc och _unk._ | Eleazar Caballero |
| Erasmo Duarte | ✓ _(illegible signature)_ _Jason Skyborg_ |
| JC Lopez | ✓ ✓ Pedro Lopez Jr _Ambo_ |
| J Cruz Lopez | ✓ ✓ Pedro Lopez _Jo2_ |
| ✓ Alejandro Lopez ✓ _Amb Acuo_ | Alexis Lopez _Not working_ |
| ✓ J Bryan Garcia _Amb_ | Joseph Sowell _IGT_ |
| ✓ David Castaneda ✓ | Cal Pino _I GT_ |
| Andrew Raul Coronado ✓ | ✓ _(illegible)_ _IGT_ _Tommy Inside_ |
| Miguel Castaneda Piña ✓ | _(illegible)_ _IGT_ |
| ✓ Werner Cao Maas ✓ _A Inside_ | _(illegible)_ Speen _INLAND_ |
| ✓ Henry Ronaldo Chen choc ✓ | _(illegible)_ _Connor Elliott_ |
| ✓ Diego Tom Quixilto ✓ _Inside Out Amb_ | _(illegible)_ _SBS_ _Rick Pierce_ |
| ✓ Monico Lopez _Amb_ | _(illegible)_ C+L _Matt Miller_ |
| ✓ Craig - DOA | #94 Emanuel _Amb_ UNK ✓ _Josh Ratto_ |
| DURRANT _According to Donald_ | David Stark ✓ _Edgar Garcia_ |
| _Durrant_ ✓ | Jesse Connor _Jesse Cooper_ |

DR 401655

Drafted by  D. Robinson #742    1-31-24



Fire hawk

X¹  head injury Alive
X²  deceased
X³  harnes dangelling
      Alive face down
X⁴  head injury Alive
X⁵  head injury Alive
X⁶  in harness injured Alive
X⁷  in harness dangelling
      1 ft off ground Alive
X⁸  deceased decapitated
Same    X⁹  on manlift standing Alive
manlift  X¹⁰  on manlift on back unknown
       X¹¹  face injury in mud seated Alive
       X¹²  on manlift on back Alive

**Jolene Anderson**

| | |
|---|---|
| **From:** | BPDRecords |
| **Sent:** | Wednesday, February 21, 2024 2:11 PM |
| **To:** | 'Diane Ehle' |
| **Cc:** | Amber Boynton |
| **Subject:** | RE: [External]  RR_PBD 24-401655 - MCO |
| **Attachments:** | DR 2024-401655.pdf |

Attached, please find DR 2024-401655 (58 pages) for your review.

Thanks,





**Jolene Anderson**
Boise Police Records Assistant
**CITY OF BOISE**
Phone # (208) 570-6010
Fax # (208)570-6732
E-Mail – janderson@cityofboise.org

CONFIDENTIALITY NOTICE: **You are receiving this confidential record because you have identified yourself as an employee of a qualified governmental agency. This record may be used by you and other members of your agency for official purposes. By accepting this release, you agree that you will not release or show this record to the public or to any individual that is not employed by your agency and acting in their official capacity without the express written permission of the Boise Police Department or in response to a court order. The unlawful release of this record or information contained in this record may subject you to civil or criminal penalties in accordance with Idaho and Federal law.**

This email is intended only for the personal and confidential use of the individual(s) named as recipients and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.  It may contain information that is privileged, confidential and/or protected from disclosure under applicable law.  If you are not the intended recipient of this transmission, please notify the sender immediately by telephone.  Do not deliver, distribute or copy this transmission, disclose its contents or take any action in reliance of the information it contains

**From:** Diane Ehle <dehle@adacounty.id.gov>
**Sent:** Wednesday, February 21, 2024 1:53 PM
**To:** BPDRecords <BPDRecords@cityofboise.org>
**Subject:** [External] RR_PBD 24-401655 - MCO

**Caution:** This email came from outside the city. Use caution before clicking on links, opening attachments, or responding.

Thank You!

Diane Ehle - ABMDI
Medicolegal Death Investigator
Ada County Coroner's Office
5550 Morris Hill Rd
Boise, ID 83706



Phone: (208)287-5556
Desk: (208)287-5591
Fax: (208)287-5579