# EXHIBIT E

HANGAR COLLAPSE COMPLAINT

MBCI ORDERS

| CUSTOMER BILL OF MATERIALS | | | | | |
|---|---|---|---|---|---|
| **MBCI** <br> Metal Roof and Wall Systems | | | WORK ORDER NO. <br> 19-B- 50794-01 | | |
| PAGE 1 | part of the Cornerstone Building Brands family | Phone (877) 713-6224 | REL#-VER-REV <br> 1-2-2 | | |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT <br> 14031 W HARDY RD <br> HOUSTON,TX 77060-5304 US | SHIP TO ADDRESS | SPECK STEEL LLC <br> JACKSON JET CENTER <br> 3815 W RICKENBACKER ST | SHIPPED VIA <br><br> DATE SHIPPED | |

| COLOR CODE | COLOR | GA/THK | KSI | TEXTURE |
|---|---|---|---|---|
| BOLT | ZINC PLATED | | | |
| | | | | |
| STRUCTURAL | PRIMER RED | | | |
| | | | | |

| LIST BY | DATE | CHECKED BY | DATE | | |
|---|---|---|---|---|---|
| | 11-07-23 | | | RECEIVED BY _____ | DATE |

| CUSTOMER BILL OF MATERIALS | | MBCI<br>Metal Roof and Wall Systems<br>part of the Cornerstone Building Brands family | | STRUCTURAL<br>Phone (877) 713-6224 | WORK ORDER NO.<br>19-B- 50794-01<br>REL#-VER-REV<br>1-2-2 |
|---|---|---|---|---|---|
| PAGE | 2 | | | | |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT<br>14031 W HARDY RD<br>HOUSTON,TX 77060-5304 US | | SHIP TO ADDRESS | SPECK STEEL LLC<br>JACKSON JET CENTER<br>3815 W RICKENBACKER ST | SHIPPED VIA<br>DATE SHIPPED |

| QTY | LABEL | DESCRIPTION | COLOR | LENGTH |
|---|---|---|---|---|
| GALV | | ANID | CODE | WEIGHT |
| 1 | RF1-1 | Rf Column | PRIMER RED | 29- 2  7/16 |
| | | | STRUCTURAL | 6577.4873 |
| 10 | RF2-1 | Rf Column | PRIMER RED | 28-10 |
| | | | STRUCTURAL | 6481.8875 |
| 1 | RF1-1A | Rf Column | PRIMER RED | 29- 2  7/16 |
| | | | STRUCTURAL | 6577.4873 |
| 1 | RF1-1B | Rf Column | PRIMER RED | 29- 2  7/16 |
| | | | STRUCTURAL | 6595.538 |
| 1 | RF1-1C | Rf Column | PRIMER RED | 29- 2  7/16 |
| | | | STRUCTURAL | 6595.538 |
| 2 | EC-28 | EW Column (W8X35) | PRIMER RED | 4- 0 13/16 |
| | | | STRUCTURAL | 157.0388 |
| 2 | EC-29 | EW Column (W8X35) | PRIMER RED | 5- 1  5/16 |
| | | | STRUCTURAL | 193.4971 |
| 1 | EC-30 | EW Column (W8X31) | PRIMER RED | 35-10 |
| | | | STRUCTURAL | 1145.2528 |
| 1 | EC-31 | EW Column (W8X31) | PRIMER RED | 4- 0 13/16 |
| | | | STRUCTURAL | 143.0431 |
| 1 | EC-32 | EW Column (W8X28) | PRIMER RED | 38-10  5/16 |
| | | | STRUCTURAL | 1117.6676 |
| 1 | EC-33 | EW Column (W8X28) | PRIMER RED | 37- 9 13/16 |
| | | | STRUCTURAL | 1085.8177 |
| 1 | EC-34 | EW Column (W8X24) | PRIMER RED | 36- 9  5/16 |
| | | | STRUCTURAL | 905.2057 |
| 1 | EC-35 | EW Column (W8X24) | PRIMER RED | 35- 9  7/16 |
| | | | STRUCTURAL | 888.8918 |
| 1 | EC-19 | EW Column (W8X24) | PRIMER RED | 35- 9  7/16 |
| | | | STRUCTURAL | 888.8918 |
| 1 | EC-20 | EW Column (W8X24) | PRIMER RED | 36- 9  5/16 |
| | | | STRUCTURAL | 905.2057 |
| 1 | EC-21 | EW Column (W8X28) | PRIMER RED | 37- 9 13/16 |
| | | | STRUCTURAL | 1085.8177 |

| LIST BY | DATE | CHECKED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|---|---|
| | 11-07-23 | | | | |

| CUSTOMER BILL OF MATERIALS | | **MBCI** Metal Roof and Wall Systems | STRUCTURAL | WORK ORDER NO. 19-B- 50794-01 |
|---|---|---|---|---|
| PAGE | 3 | part of the Cornerstone Building Brands family | Phone (877) 713-6224 | REL#-VER-REV 1-2-2 |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT 14031 W HARDY RD HOUSTON,TX 77060-5304 US | SHIP TO ADDRESS: SPECK STEEL LLC JACKSON JET CENTER 3815 W RICKENBACKER ST | | SHIPPED VIA DATE SHIPPED |

| QTY | LABEL | DESCRIPTION | COLOR | LENGTH |
|---|---|---|---|---|
| GALV | | ANID | CODE | WEIGHT |
| 1 | EC-22 | EW Column (W8X28) | PRIMER RED | 38-10  5/16 |
|  |  |  | STRUCTURAL | 1117.6676 |
| 1 | EC-23 | EW Column (W8X31) | PRIMER RED | 35-10 13/16 |
|  |  |  | STRUCTURAL | 1147.3517 |
| 1 | EC-24 | EW Column (W8X31) | PRIMER RED | 4- 0 |
|  |  |  | STRUCTURAL | 140.9441 |
| 2 | EC-25 | EW Column (W8X31) | PRIMER RED | 36-11  5/16 |
|  |  |  | STRUCTURAL | 1179.6434 |
| 2 | EC-26 | EW Column (W8X31) | PRIMER RED | 4- 0 |
|  |  |  | STRUCTURAL | 138.7408 |
| 4 | EC-27 | EW Column (W8X35) | PRIMER RED | 37-11 |
|  |  |  | STRUCTURAL | 1363.1137 |
| 8 | DJ-1 | Door Jamb (8X3.5C14) | PRIMER RED | 7- 4 |
|  |  |  | STRUCTURAL | 31.6455 |
| 8 | DJ-2 | Door Jamb (8X3.5C14) | PRIMER RED | 17- 8 |
|  |  |  | STRUCTURAL | 74.1699 |
| 4 | DH-1 | Door Header (8X2.5C16) | PRIMER RED | 3- 2 |
|  |  |  | STRUCTURAL | 10.2875 |
| 4 | DH-2 | Door Header (8X2.5C16) | PRIMER RED | 12- 0 |
|  |  |  | STRUCTURAL | 35.0915 |
| 4 | RF1-2 | Rf Rafter | PRIMER RED | 33- 2 11/16 |
|  |  |  | STRUCTURAL | 10264.8175 |
| 10 | RF2-2 | Rf Rafter | PRIMER RED | 33- 3 |
|  |  |  | STRUCTURAL | 9887.3882 |
| 4 | RF1-3 | Rf Rafter | PRIMER RED | 39- 0 |
|  |  |  | STRUCTURAL | 10119.6623 |
| 10 | RF2-3 | Rf Rafter | PRIMER RED | 39- 0 |
|  |  |  | STRUCTURAL | 7832.414 |
| 4 | RF1-4 | Rf Rafter | PRIMER RED | 41- 6 |
|  |  |  | STRUCTURAL | 10679.9211 |
| 10 | RF2-4 | Rf Rafter | PRIMER RED | 41- 6 |
|  |  |  | STRUCTURAL | 7986.4268 |

| LIST BY | DATE | CHECKED BY | DATE |
|---|---|---|---|
|  | 11-07-23 |  |  |

RECEIVED BY _____ DATE _____

| CUSTOMER BILL OF MATERIALS | | | | | |
|---|---|---|---|---|---|
| **MBCI** — Metal Roof and Wall Systems<br>part of the Cornerstone Building Brands family | | | STRUCTURAL<br>Phone (877) 713-6224 | WORK ORDER NO. 19-B- 50794-01<br>REL#-VER-REV 1-2-2 | |
| PAGE 4 | | | | | |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT<br>14031 W HARDY RD<br>HOUSTON, TX 77060-5304 US | SHIP TO ADDRESS | SPECK STEEL LLC<br>JACKSON JET CENTER<br>3815 W RICKENBACKER ST | SHIPPED VIA<br>DATE SHIPPED | |

| QTY | LABEL | DESCRIPTION | COLOR | LENGTH |
|---|---|---|---|---|
| GALV | | ANID | CODE | WEIGHT |
| 4 | RF1-5 | Rf Rafter | PRIMER RED<br>STRUCTURAL | 36- 8  9/16<br>9729.6214 |
| 10 | RF2-5 | Rf Rafter | PRIMER RED<br>STRUCTURAL | 36- 8  7/16<br>8547.3744 |
| 1 | ER-10 | EW Rafter (W8X10) | PRIMER RED<br>STRUCTURAL | 38- 0 13/16<br>410.1247 |
| 1 | ER-1 | EW Rafter (W8X10) | PRIMER RED<br>STRUCTURAL | 38- 0 13/16<br>410.1247 |
| 1 | ER-2 | EW Rafter (W8X10) | PRIMER RED<br>STRUCTURAL | 24- 0  5/16<br>275.2851 |
| 1 | ER-3 | EW Rafter (W8X10) | PRIMER RED<br>STRUCTURAL | 36- 0  5/8<br>397.4518 |
| 1 | ER-4 | EW Rafter (W8X10) | PRIMER RED<br>STRUCTURAL | 24- 0  5/16<br>277.4884 |
| 1 | ER-5 | EW Rafter (W8X10) | PRIMER RED<br>STRUCTURAL | 28- 0  3/16<br>321.1466 |
| 1 | ER-6 | EW Rafter (W8X10) | PRIMER RED<br>STRUCTURAL | 28- 0  3/16<br>321.1466 |
| 1 | ER-7 | EW Rafter (W8X10) | PRIMER RED<br>STRUCTURAL | 24- 0  5/16<br>277.4884 |
| 1 | ER-8 | EW Rafter (W8X10) | PRIMER RED<br>STRUCTURAL | 36- 0  5/8<br>397.4518 |
| 1 | ER-9 | EW Rafter (W8X10) | PRIMER RED<br>STRUCTURAL | 24- 0  5/16<br>275.2851 |
| 12 | CB-4 | 1 1/4" Rod Brace W/Rod Only | PRIMER RED<br>STRUCTURAL | 27- 8<br>115.4364 |
| 10 | CB-5 | 1 1/4" Rod Brace W/Rod Only | PRIMER RED<br>STRUCTURAL | 26- 2  1/4<br>109.2647 |
| 2 | CB-6 | 1 1/4" Rod Brace W/Rod Only | PRIMER RED<br>STRUCTURAL | 26- 2<br>109.1778 |
| 4 | CB-1 | 3/4" Rod Brace W/Rod Only | PRIMER RED<br>STRUCTURAL | 27- 7  1/4<br>41.4063 |

| LIST BY | DATE | CHECKED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|---|---|
| | 11-07-23 | | | | |

| CUSTOMER BILL OF MATERIALS | | | | | |
|---|---|---|---|---|---|
| | **MBCI** Metal Roof and Wall Systems | | STRUCTURAL | WORK ORDER NO. 19-B- 50794-01 | |
| PAGE 5 | part of the Cornerstone Building Brands family | | Phone (877) 713-6224 | REL#-VER-REV 1-2-2 | |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT 14031 W HARDY RD HOUSTON, TX 77060-5304 US | SHIP TO ADDRESS | SPECK STEEL LLC JACKSON JET CENTER 3815 W RICKENBACKER ST | SHIPPED VIA DATE SHIPPED | |

| QTY GALV | LABEL | DESCRIPTION ANID | | COLOR CODE | LENGTH WEIGHT |
|---|---|---|---|---|---|
| 2 . | CB-2 | 5/8" Rod Brace W/Rod Only | | PRIMER RED STRUCTURAL | 26-10  1/2 27.9608 |
| 2 . | CB-3 | 5/8" Rod Brace W/Rod Only | | PRIMER RED STRUCTURAL | 26- 2  1/2 27.2672 |
| 16 . | CB-7 | 3/4" Rod Brace W/Rod Only | | PRIMER RED STRUCTURAL | 26-11  1/2 40.4375 |
| 32 . | CB-8 | 3/4" Rod Brace W/Rod Only | | PRIMER RED STRUCTURAL | 27- 4 41.0 |
| 32 . | CB-9 | 5/8" Rod Brace W/Rod Only | | PRIMER RED STRUCTURAL | 27- 4 28.4376 |
| 16 . | CB-10 | 1/2" Rod Brace W/Rod Only | | PRIMER RED STRUCTURAL | 26- 6 17.7126 |
| 16 . | CB-11 | 1/2" Rod Brace W/Rod Only | | PRIMER RED STRUCTURAL | 28-10  1/2 19.3001 |
| 16 . | CB-12 | 1/2" Rod Brace W/Rod Only | | PRIMER RED STRUCTURAL | 21- 3  1/4 14.2174 |

| LIST BY | DATE | CHECKED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|---|---|
| | 11-07-23 | | | | |

| CUSTOMER BILL OF MATERIALS | | MBCI<br>Metal Roof and Wall Systems | | STOCK ROOM | WORK ORDER NO.<br>19-B- 50794-01 |
|---|---|---|---|---|---|
| PAGE | 6 | part of the Cornerstone Building Brands family | | Phone (877) 713-6224 | REL#-VER-REV<br>1-2-2 |
| CUSTOMER<br>ADDRESS | METAL BUILDING COMPONENT<br>14031 W HARDY RD<br>HOUSTON,TX 77060-5304 US | | SHIP TO<br>ADDRESS | SPECK STEEL LLC<br>JACKSON JET CENTER<br>3815 W RICKENBACKER ST | SHIPPED VIA<br><br>DATE SHIPPED |

| QTY | LABEL | DESCRIPTION | COLOR | LENGTH |
|---|---|---|---|---|
| GALV | | ANID | CODE | WEIGHT |
| 72 | HW342 | 5/8 A563 Hex Nut | ZINC PLATED | |
| . | | | BOLT | 0.119 |
| 104 | HW343 | 3/4 A563 Hex Nut | ZINC PLATED | |
| . | | | BOLT | 0.193 |
| 96 | HW3569 | 1/2 A563 Hex Nut | ZINC PLATED | |
| . | | | BOLT | 0.0654 |
| 96 | HW3904 | 1/2 Flat Wash F436 | ZINC PLATED | |
| . | | | BOLT | 0.04 |
| 72 | HW3906 | 5/8 Flat Wash F436 | ZINC PLATED | |
| . | | | BOLT | 0.07 |
| 104 | HW3905 | 3/4 Flat Wash F436 | ZINC PLATED | |
| . | | | BOLT | 0.11 |
| 48 | MN1250 | 1 1/4" A563 Grade A Hex Nut | ZINC PLATED | |
| . | | | BOLT | 0.54 |
| 48 | HW3902 | 1-1/4 Flat Wash F436 | ZINC PLATED | |
| . | | | BOLT | 0.26 |
| 168 | WS110 | 1/2" & 5/8" Slope Washer | PRIMER RED | |
| . | | | STRUCTURAL | 1.16 |
| 104 | WS120 | 3/4" & 7/8" Slope Washer | PRIMER RED | |
| . | | | STRUCTURAL | 1.5 |

| LIST BY | DATE | CHECKED BY | DATE | | |
|---|---|---|---|---|---|
| | 11-07-23 | | | RECEIVED BY _____ | DATE |

| CUSTOMER BILL OF MATERIALS | | | | BUY-OUT | | WORK ORDER NO. | |
|---|---|---|---|---|---|---|---|
| | **MBCI** | | | | | 19-B- 50794-01 | |
| | Metal Roof and Wall Systems | | | | | REL#-VER-REV | |
| PAGE 7 | part of the Cornerstone Building Brands family | | | | Phone (877) 713-6224 | 1-2-2 | |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT 14031 W HARDY RD HOUSTON,TX 77060-5304 US | | SHIP TO ADDRESS | SPECK STEEL LLC JACKSON JET CENTER 3815 W RICKENBACKER ST | | SHIPPED VIA DATE SHIPPED | |

| QTY GALV | LABEL | DESCRIPTION ANID | | COLOR CODE | LENGTH WEIGHT |
|---|---|---|---|---|---|
| 48 SPEC. | SPEC | 1 1/4" SLOPE WASHER | | PRIMER RED STRUCTURAL | 1.6 |

| LIST BY | DATE | CHECKED BY | DATE | | |
|---|---|---|---|---|---|
| | 11-07-23 | | | RECEIVED BY _____ | DATE _____ |

| | | | |
|---|---|---|---|
| CUSTOMER BILL OF MATERIALS | **MBCI**<br>Metal Roof and Wall Systems | STRUCTURAL | WORK ORDER NO.<br>19-B- 50794-01 |
| PAGE 8 | part of the Cornerstone Building Brands family — Phone (877) 713-6224 | | REL#-VER-REV<br>1-2-2 |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT<br>14031 W HARDY RD<br>HOUSTON, TX 77060-5304 US | SHIP TO ADDRESS: SPECK STEEL LLC<br>JACKSON JET CENTER<br>3815 W RICKENBACKER ST | SHIPPED VIA<br>DATE SHIPPED |

| QTY GALV | LABEL | DESCRIPTION / ANID | COLOR / CODE | LENGTH / WEIGHT |
|---|---|---|---|---|
| 310 | KB1 | Knock-In-Bridging | PRIMER RED | 5- 2  5/8 |
| . | | | STRUCTURAL | 2.1754 |
| 195 | KB2 | Knock-In-Bridging | PRIMER RED | 3-10  7/8 |
| . | | | STRUCTURAL | 1.6283 |
| 18 | KB3 | Knock-In-Bridging | PRIMER RED | 4- 2  1/8 |
| . | | | STRUCTURAL | 1.7412 |
| 18 | KB4 | Knock-In-Bridging | PRIMER RED | 4- 5  5/8 |
| . | | | STRUCTURAL | 1.8628 |
| 8 | PB | Peak Brace | PRIMER RED | 1-11  7/8 |
| | | | STRUCTURAL | 10.2798 |

| LIST BY | DATE | CHECKED BY | DATE |
|---|---|---|---|
| | 11-07-23 | | |

RECEIVED BY _____ DATE _____

Case 1:24-cv-00319-BLW  Document 1-5  Filed 07/09/24  Page 9 of 14

| CUSTOMER BILL OF MATERIALS | | MBCI<br>Metal Roof and Wall Systems<br>part of the Cornerstone Building Brands family | | | WORK ORDER NO.<br>19-B- 50794-01 |
|---|---|---|---|---|---|
| PAGE | 9 | | | Phone (877) 713-6224 | REL#-VER-REV<br>1-2-2 |
| CUSTOMER<br>ADDRESS | METAL BUILDING COMPONENT<br>14031 W HARDY RD<br>HOUSTON,TX 77060-5304 US | SHIP TO<br>ADDRESS | SPECK STEEL LLC<br>JACKSON JET CENTER<br>3815 W RICKENBACKER ST | | SHIPPED VIA<br>DATE SHIPPED |

| QTY | LABEL | DESCRIPTION | COLOR | LENGTH |
|---|---|---|---|---|
| GALV | | ANID | CODE | WEIGHT |
| (70) | | TOTAL BUILT UP ITEMS TONS/WEIGHT | 298.4/(596877) | |
| (202) | | TOTAL HOT ROLLED ITEMS TONS/WEIGHT | 14.7/(29468) | |
| (541) | | TOTAL COLDFORM ITEMS TONS/WEIGHT | 0.5/(1057) | |
| (24) | | TOTAL FAB COLDFORM ITEMS TONS/WEIGHT | 0.5/(1028) | |
| (912) | | TOTAL WAREHOUSE ITEMS TONS/WEIGHT | 0.2/(445) | |
| (48) | | TOTAL BO OTHER ITEMS TONS/WEIGHT | 0/(77) | |
| (1797) | | TOTAL ITEMS TONS/WEIGHT | 314.5/(628951) | |

| LIST BY | DATE | CHECKED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|---|---|
| | 11-07-23 | | | | |

| CUSTOMER BILL OF MATERIALS | | | | | |
|---|---|---|---|---|---|
| **MBCI** Metal Roof and Wall Systems | | | | WORK ORDER NO. 19-B- 55597-01 | |
| PAGE 1 | part of the Cornerstone Building Brands family | Phone (877) 713-6224 | | REL#-VER-REV 0-29 | |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT 14031 W HARDY RD HOUSTON,TX 77060-5304 US | SHIP TO ADDRESS | SPECK STEEL LLC 3815 W RICKENBACKER ST BOISE,ID 83705-5099 US | SHIPPED VIA DATE SHIPPED | |

| COLOR CODE | COLOR | GA/THK | KSI | TEXTURE |
|---|---|---|---|---|
| STRUCTURAL | PRIMER RED | | | |
| | | | | |

| LIST BY | DATE | CHECKED BY | DATE |
|---|---|---|---|
| | 12-28-23 | | |

RECEIVED BY _____ DATE

| CUSTOMER BILL OF MATERIALS | | MBCI | | STRUCTURAL | WORK ORDER NO. |
|---|---|---|---|---|---|
| | | Metal Roof and Wall Systems | | | 19-B- 55597-01 |
| | | | | | REL#-VER-REV |
| PAGE | 2 | part of the Cornerstone Building Brands family | | Phone (877) 713-6224 | 0-29 |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT 14031 W HARDY RD HOUSTON,TX 77060-5304 US | | SHIP TO ADDRESS | SPECK STEEL LLC 3815 W RICKENBACKER ST BOISE,ID 83705-5099 US | SHIPPED VIA DATE SHIPPED |

| QTY | LABEL | DESCRIPTION | | COLOR | LENGTH |
|---|---|---|---|---|---|
| GALV | | ANID | | CODE | WEIGHT |
| 2 | EC7 | EW Column(W8X10) | | PRIMER RED | 11- 7  5/8 |
|   |     |                  | | STRUCTURAL | 139.9434 |
| 2 | EC8 | EW Column(W8X10) | | PRIMER RED | 12- 1  7/8 |
|   |     |                  | | STRUCTURAL | 145.1517 |
| 2 | EC9 | EW Column(W8X10) | | PRIMER RED | 12- 8  1/8 |
|   |     |                  | | STRUCTURAL | 153.4438 |
| 2 | EC10 | EW Column(W8X10) | | PRIMER RED | 13- 2  3/8 |
|   |      |                  | | STRUCTURAL | 158.6522 |
| 2 | EC11 | EW Column(W8X10) | | PRIMER RED | 13- 8  5/8 |
|   |      |                  | | STRUCTURAL | 163.8605 |
| 2 | EC12 | EW Column(W8X10) | | PRIMER RED | 14- 2  7/8 |
|   |      |                  | | STRUCTURAL | 169.0688 |
| 2 | EC13 | EW Column(W8X10) | | PRIMER RED | 14- 9  1/8 |
|   |      |                  | | STRUCTURAL | 174.2772 |
| 2 | EC14B | EW Column(W8X10) | | PRIMER RED | 15- 0 |
|   |       |                  | | STRUCTURAL | 166.932 |
| 2 | EC13B | EW Column(W8X10) | | PRIMER RED | 14- 5  3/4 |
|   |       |                  | | STRUCTURAL | 161.7237 |
| 2 | EC12B | EW Column(W8X10) | | PRIMER RED | 13-11  1/2 |
|   |       |                  | | STRUCTURAL | 156.5153 |
| 2 | EC1B  | EW Column(W8X10) | | PRIMER RED | 8- 2  3/4 |
|   |       |                  | | STRUCTURAL | 97.8413 |
| 2 | EC11B | EW Column(W8X10) | | PRIMER RED | 13- 5  1/4 |
|   |       |                  | | STRUCTURAL | 151.307 |
| 2 | EC10B | EW Column(W8X10) | | PRIMER RED | 12-11 |
|   |       |                  | | STRUCTURAL | 146.0987 |
| 2 | EC9B  | EW Column(W8X10) | | PRIMER RED | 12- 4  3/4 |
|   |       |                  | | STRUCTURAL | 140.8903 |
| 2 | EC8B  | EW Column(W8X10) | | PRIMER RED | 11-10  1/2 |
|   |       |                  | | STRUCTURAL | 135.682 |
| 2 | EC7B  | EW Column(W8X10) | | PRIMER RED | 11- 4  1/4 |
|   |       |                  | | STRUCTURAL | 130.4737 |

| LIST BY | DATE | CHECKED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|---|---|
| | 12-28-23 | | | | |

| CUSTOMER BILL OF MATERIALS | | | | | |
|---|---|---|---|---|---|
| **MBCI** — Metal Roof and Wall Systems | | | STRUCTURAL | WORK ORDER NO. 19-B- 55597-01 | |
| PAGE 3 | part of the Cornerstone Building Brands family | | Phone (877) 713-6224 | REL#-VER-REV 0-29 | |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT 14031 W HARDY RD HOUSTON, TX 77060-5304 US | SHIP TO ADDRESS | SPECK STEEL LLC 3815 W RICKENBACKER ST BOISE, ID 83705-5099 US | SHIPPED VIA DATE SHIPPED | |

| QTY GALV | LABEL | DESCRIPTION / ANID | COLOR / CODE | LENGTH / WEIGHT |
|---:|---|---|---|---|
| 2 | EC6B | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 10-10 / 125.2653 |
| 2 | EC5B | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 10- 3 1/4 / 119.6403 |
| 2 | EC4B | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 9- 9 1/2 / 114.8487 |
| 2 | EC14 | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 15- 3 3/8 / 183.5773 |
| 1 | EC15B | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 15- 6 1/4 / 173.8683 |
| 2 | EC1 | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 8- 6 1/8 / 102.7938 |
| 1 | EC15 | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 15- 9 5/8 / 189.6497 |
| 2 | EC2B | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 8- 9 / 103.0496 |
| 2 | EC2 | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 9- 0 3/8 / 108.0022 |
| 2 | EC3B | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 9- 3 1/4 / 108.258 |
| 2 | EC3 | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 9- 6 5/8 / 113.2105 |
| 2 | EC4 | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 10- 0 7/8 / 123.893 |
| 2 | EC5 | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 10- 7 1/8 / 129.1014 |
| 2 | EC6 | EW Column(W8X10) | PRIMER RED / STRUCTURAL | 11- 1 3/8 / 134.7351 |

| LIST BY | DATE | CHECKED BY | DATE | RECEIVED BY | DATE |
|---|---|---|---|---|---|
|  | 12-28-23 |  |  |  |  |

| CUSTOMER BILL OF MATERIALS | | | | WORK ORDER NO. | |
|---|---|---|---|---|---|
| | **MBCI** | | | 19-B- 55597-01 | |
| | Metal Roof and Wall Systems | | | REL#-VER-REV | |
| PAGE 4 | part of the Cornerstone Building Brands family | | Phone (877) 713-6224 | 0-29 | |
| CUSTOMER ADDRESS | METAL BUILDING COMPONENT 14031 W HARDY RD HOUSTON,TX 77060-5304 US | SHIP TO ADDRESS | SPECK STEEL LLC 3815 W RICKENBACKER ST BOISE,ID 83705-5099 US | SHIPPED VIA DATE SHIPPED | |

| QTY GALV | LABEL | DESCRIPTION ANID | COLOR CODE | LENGTH WEIGHT |
|---|---|---|---|---|
| (58) | | TOTAL HOT ROLLED ITEMS TONS/WEIGHT | | 4/(8080) |
| (58) | | TOTAL ITEMS TONS/WEIGHT | | 4/(8080) |

| LIST BY | DATE | CHECKED BY | DATE |
|---|---|---|---|
| | 12-28-23 | | |

RECEIVED BY _____  DATE