# EXHIBIT F

HANGAR COLLAPSE COMPLAINT

MBCI MACHINE WELDS v BIG D -SPECK-SBS WELDS







<son>

