# EXHIBIT G

HANGAR COLLAPSE COMPLAINT

CITY OF BOISE DENIAL OF MODIFICATIONS

(SEE PAGE 2,3 AND 4)



# PLANNING AND DEVELOPMENT SERVICES

BOISE CITY HALL: 150 N. CAPITOL BLVD | MAIL: PO BOX 500, BOISE, ID 83701-0500
CITYOFBOISE.ORG/PDS | P: 208-608-7100 | F: 208-384-3753 | TTY/TTD: 800-377-3529

## Public Summary for Record No.: BLD23-01187

### Record Information:

| | | | |
|---|---|---|---|
| Record No.: | BLD23-01187 | Valuation: | $6,254,599.00 |
| Status: | Returned to Applicant | Intake Approval Date: | 8/30/2023 |
| Project Name: | Jackson Jet Center | Issued Date: | 12/4/2023 |
| Company/Name: | Office Manager | Expiration Date: | 12/4/2024 |
| Site Address: | 4049 W WRIGHT ST | Finaled Date: | |
| Hillside: | OUT | Floodplain: OUT | WUI: OUT |
| Zoning: | C-3D | Land Use: Airport | |

**Description:** **SEWER FEES MUST BE PAID BEFORE PLAN MOD IS ISSUED- REMOVE THIS NOTE ONCE PAID** (JACKSON JET CENTER) //2-2-2024 PLAN MODIFICATION TO EXTERIOR FIRE WALL, MODIFICATION TO PLUMBING WORK. JG// To construct a 39,000 sq. ft. one story commercial pre-engineered metal building (300 feet x 130 feet) for use as a jet hanger. (Site work done under GRD23-00029 and an early foundation permit done under BLD23-02760). The work is required to comply with the approved drawings, with DRH23-0004, with the structural design, with the plan review report, and with all applicable codes and ordinances. Scope of work includes: construction of a slab on grade concrete foundation, construction of pre-engineered metal building, electrical work, mechanical work plumbing work and interior finishes in compliance with Ch. 8 of the 2018 IBC. Note: Special inspection is required, see attached 310 form. This building will be fully Fire Sprinklered with an approved Fire Alarm system. System shall be installed per NFPA 13 & NFPA 72 as regulated by the Boise Fire Department. **JG**

### Record Details:

#### CERTIFICATE OF VALUE

| | | | |
|---|---|---|---|
| Will the owner be supplying any equipment: | No | Electrical Value: | 200000.00 |
| Will the owner be supplying any Electrical equipment: | No | Mechanical Value: | 200000.00 |
| Will the owner be supplying any Mechanical equipment: | No | Plumbing Value: | 200000.00 |
| Will the owner be supplying any Plumbing equipment: | No | Fire Sprinkler Value: | 200000.00 |
| Fire Sprinkler Work: | New system in existing building | Fire Alarm System Value: | 50000.00 |
| Fire Alarm Work: | New System | Applicant Value Certification: | CHECKED |

#### GENERAL INFORMATION

| | | | |
|---|---|---|---|
| Application Type: | 502 - New Commercial & Commercial Additions | Elevation Certificate Type: | New |
| Total Number of Buildings: | 1 | Type of Permit: | New Structure |
| Type of Use: | Storage | Type of Work: | New |
| Type of Construction: | IIB | Number of Stories: | 1 |
| Building Height: | 45' 6" | New Building Area: | 39000 |
| Total Building Area: | 39000 | Fire Alarm System Present: | Yes |

| Building is Fully Sprinklered: | Full | Fire Flow: | 3500 |
|---|---|---|---|
| Residual Pressure: | 20 | | |

## PDS

| Seismic Category: | C |
|---|---|

## Related Records

| Record No. | Record Type | Status |
|---|---|---|
| GRD23-00029 | 416-524-526-Grading | Issued |
| PRK23-00565 | Park Police Fire | Finaled |
| SWR23-00529 | Sewer | Issued |
| FIR23-00657 | 603-604-Fire Sprinklers | Issued |
| PLM23-04434 | 420-540-Plumbing | Issued |
| PLM23-04490 | 420-540-Plumbing | Void |
| MEC23-04898 | 422-542-Mechanical | Void |
| FIR23-00856 | 603-604-Fire Sprinklers | Issued |

## Record Contacts

| Contact Type | Bus Name | First/Last Name | Address | Phone | Primary |
|---|---|---|---|---|---|
| Applicant | | FERD SMITH | | | N |
| Applicant | | OFFICE MANAGER | | | N |
| Applicant | | OFFICE MANAGER | | | Y |
| Owner | | CITY OF BOISE (AIR TERMINAL) | | | Y |

## Record Licensed Professionals

| Contact Type | Bus Name | First/Last Name | Address | Phone | Primary |
|---|---|---|---|---|---|
| GENERAL COMMERCIAL | BIG D BUILDERS | | 1465 E BIRD DOG DR, STE 110 MERIDIAN, ID83642<br>**Reg/Lic No:** RCE-253 | 2088882068 | Y |

## Record Processing

| Task | Assigned Date | Status Date | Status | Action By | Dept |
|---|---|---|---|---|---|
| Application Submittal | 5/3/2023 | 5/3/2023 | ePlanReview | Admin Admin | Building |
| **Comments:** Updated via Script #12 | | | | | |
| Prep for Issuance | 11/3/2023 | 11/13/2023 | Ready for Issuance | Cameron Lennon | Building |
| QA Fee Review | 11/13/2023 | 11/14/2023 | Completed | Christina Wageman | Building |
| Permit Fee Payment | 11/14/2023 | 12/1/2023 | Completed | Admin Admin | Building |
| **Comments:** Updated Via Script #186 | | | | | |
| Issuance | 12/1/2023 | 12/4/2023 | Permit Issued | April VanSlochteren | Building |
| Inspections | 12/4/2023 | 1/17/2024 | Plan Mod Received | Cameron Lennon | Building |
| Prescreen Review | 1/17/2024 | 2/1/2024 | Plan Mod Passed | Javier Guzman | Building |

Public Summary for Record No.: BLD23-01187

| Plan Review Fee Payment | 1/31/2024 | 2/1/2024 | Plan Mod - No Fee Due | Christina Wageman | Building |
|---|---|---|---|---|---|
| **Comments:** Updated Via Script, status API:WTUA, Error,Creation succeeded. | | | | | |
| Assign Reviewers | 3/26/2024 | 2/2/2024 | Routed for Re-Review | Javier Guzman | Building |
| PW General | 2/2/2024 | 2/2/2024 | Plan Mod Passed | Arianah Amador | Public Works |
| Fire | 2/8/2024 | 2/8/2024 | Plan Mod Passed | Adrien Mahnke | Building |
| Plumbing | 2/13/2024 | 2/13/2024 | Plan Mod Passed | Matthew Wrobel | Building |
| Building Plan Reviewer | 3/26/2024 | 3/26/2024 | Corrections Required | Javier Guzman | Building |
| DR | 2/7/2024 | 2/7/2024 | Plan Mod Passed | Xiaoyu Bai | Planning |
| AHJ Engineers | 2/15/2024 | 2/15/2024 | Plan Mod Passed | AHJ Engineers | Building |
| Review Complete | 3/26/2024 | 3/26/2024 | Corrections Required | Javier Guzman | Building |

## Status History

| Status | Status Date |
|---|---|
| Returned to Applicant | 3/26/2024 |
| Issued Revision Pending | 2/2/2024 |
| Issued Revision Pending | 2/1/2024 |
| Issued Revision Pending | 2/1/2024 |
| Issued Revision Pending | 2/1/2024 |
| Prescreen | 1/31/2024 |
| Returned to Applicant | 1/21/2024 |
| Prescreen | 1/19/2024 |
| Returned to Applicant | 1/19/2024 |
| Issued Revision Pending | 1/17/2024 |
| Prescreen | 1/17/2024 |
| Issued | 12/4/2023 |
| Ready | 11/14/2023 |
| Fee Review | 11/13/2023 |
| Fee Review | 11/3/2023 |
| In Review | 10/16/2023 |
| Returned to Applicant | 10/6/2023 |
| In Review | 8/31/2023 |
| In Review | 8/30/2023 |
| Received | 8/30/2023 |
| Prescreen | 8/30/2023 |
| Returned to Applicant | 8/29/2023 |
| Prescreen | 8/28/2023 |
| Returned to Applicant | 8/23/2023 |
| Prescreen | 8/21/2023 |
| Returned to Applicant | 5/15/2023 |
| Prescreen | 5/11/2023 |
| Applicant Upload | 5/3/2023 |
| Received | 5/3/2023 |

Public Summary for Record No.: BLD23-01187

## Inspection Information

| Inspection Type | Date Requested | Date Scheduled | Date Completed | Status | Inspector | Comment |
|---|---|---|---|---|---|---|
| Planning Inspection | | | | Pending | | |
| PW Occupancy Approval - Drainage | | | | Pending | | |
| PW Approval - Street Lights | | | | Pending | | |

## Fee Information

| Fee Description | Date Assessed | Fee Amount | Balance Due | Invoice |
|---|---|---|---|---|
| Street Light Inspection | 10/19/2023 | $77.25 | $0.00 | 974981 |
| Street Light Plan Review | 10/19/2023 | $123.60 | $0.00 | 974981 |
| Building Permit Fee | 11/7/2023 | $32,734.44 | $0.00 | 977574 |
| Fire Plancheck Fee | 11/7/2023 | $5,237.51 | $0.00 | 977575 |
| Commercial Plancheck Fee | 11/14/2023 | $21,277.39 | $0.00 | 977572 |

| | |
|---|---|
| Total Fees for Permit: | $59,450.19 |
| Total Fees Paid for Permit: | $59,450.19 |
| Permit Balance: | $0.00 |

## Payments

| Receipt | Transaction Date | Pmt Method | Amount | Status |
|---|---|---|---|---|
| 1068402 | 12/1/2023 | EC | $54,151.98 | Paid |
| 1061383 | 8/30/2023 | EC | $5,298.21 | Paid |

## Parcel Information

| Parcel No. | Section | Township | Range | Subdivision | Lot | Block |
|---|---|---|---|---|---|---|
| O1028233600 | | | | 3N 2E 28 | | |

### Parcel

**Legal Description:**
PAR #3600 OF SW4NW4, SEC 28 3N 2E, RESOLUTION #14470

Postal Code: 83705     Tax District: N/A

| Parcel No. | Section | Township | Range | Subdivision | Lot | Block |
|---|---|---|---|---|---|---|
| S1028141817 | | | | 3N 2E 28 | | |

### Parcel

**Legal Description:**
PAR #1817 OF, SEC 28 3N 2E, #141815-B

Postal Code: 83705     Tax District: N/A