# EXHIBIT H

HANGAR COLLAPSE COMPLAINT

WEATHER AT BOISE AIRPORT JANUARY 31, 2024

# Boise Air Terminal

Weather.gov > Western Region Headquarters > Time Series Viewer

**Western Region Headquarters**
Regional Headquarters



**Weather conditions for:**
**Boise Air Terminal, ID (ASOS/AWOS - BOI)**
**Elev: 2822.0 ft; Lat/Lon: 43.56704/-116.24053**

**Get Yearly Precip Total (non QA/QC'd data)**
**Get Water Year Precip Total (non QA/QC'd data):**
For selected observations near this location: click here

| Date/Time (L) | Temp. (°F) | Dew Point (°F) | Relative Humidity (%) | Wind Chill (°F) | Wind Direction | Wind Speed (mph) | Visibility (miles) | Weather | Clouds (x100 ft) | Sea Level Pressure (mb) | Station Pressure (in Hg) | Altimeter Setting (in Hg) | 1 Hour Precip (in) | 3 Hour Precip (in) | 6 Hour Precip (in) | 6 Hr Max (°F) | 6 Hr Min (°F) | 24 Hr Max (°F) | 24 Hr Min (°F) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Feb 1, 4:53 pm | 50 | 42 | 74 | | SE | 12 | 10.00 | Lt rain | OVC047 | 999.80 | 26.67 | 29.56 | 0.02 | | 0.03 | 57 | 50 | | |
| Feb 1, 3:53 pm | 52 | 42 | 69 | | ESE | 12 | 10.00 | Lt rain | BKN060 OVC080 | 999.40 | 26.66 | 29.55 | 0.01 | | | | | | |
| Feb 1, 2:53 pm | 53 | 40 | 61 | | ESE | 8 | 10.00 | Lt rain | OVC050 | 999.60 | 26.66 | 29.55 | T | | | | | | |
| Feb 1, 1:53 pm | 55 | 39 | 55 | | SSE | 9 | 10.00 | Lt rain | OVC060 | 999.70 | 26.67 | 29.56 | T | T | | | | | |
| Feb 1, 12:53 pm | 56 | 37 | 49 | | SE | 13 | 10.00 | | OVC060 | 1000.10 | 26.67 | 29.57 | | | | | | | |
| Feb 1, 11:53 am | 57 | 36 | 45 | | SSE | 15G26 | 10.00 | | SCT060 OVC085 | 1000.60 | 26.69 | 29.59 | | | | | | | |
| Feb 1, 10:53 am | 54 | 36 | 50 | | SSE | 13 | 10.00 | | BKN060 OVC075 | 1001.00 | 26.70 | 29.60 | | | | 58 | 53 | | |
| Feb 1, 9:53 am | 53 | 36 | 52 | | ESE | 10 | 10.00 | | OVC070 | 1000.80 | 26.69 | 29.59 | | | | | | | |
| Feb 1, 8:53 am | 54 | 35 | 49 | | ESE | 12G20 | 10.00 | | BKN070 OVC085 | 1000.70 | 26.69 | 29.59 | | | | | | | |
| Feb 1, 7:53 am | 54 | 36 | 50 | | ESE | 18 | 10.00 | | BKN075 | 1000.60 | 26.68 | 29.58 | | | | | | | |
| Feb 1, 6:53 am | 55 | 36 | 48 | | ESE | 22G32 | 10.00 | | OVC110 | 1000.80 | 26.69 | 29.59 | | | | | | | |
| Feb 1, 5:53 am | 56 | 35 | 45 | | SE | 20 | | | FEW110 | 1001.40 | 26.71 | 29.61 | | | | | | | |
| Feb 1, 4:53 am | 58 | 33 | 39 | | SE | 17G28 | 10.00 | | BKN060 OVC080 | 1001.30 | 26.71 | 29.61 | | | | 60 | 54 | | |
| Feb 1, 3:53 am | 59 | 32 | 36 | | ESE | 23G33 | 10.00 | | BKN090 BKN110 | 1000.60 | 26.70 | 29.60 | | | | | | | |
| Feb 1, 2:53 am | 57 | 32 | 39 | | SE | 15G23 | 10.00 | | CLR | 1001.30 | 26.72 | 29.62 | | | | | | | |
| Feb 1, 1:53 am | 57 | 32 | 39 | | SE | 14 | 10.00 | | CLR | 1001.80 | 26.74 | 29.64 | | | | | | | |
| Feb 1, 12:53 am | 54 | 33 | 45 | | ESE | 8 | 10.00 | | CLR | 1002.50 | 26.75 | 29.65 | | | | | | | |
| Jan 31, 11:53 pm | 56 | 32 | 40 | | SE | 9 | 10.00 | | CLR | 1003.20 | 26.77 | 29.67 | | | | 66 | 41 | | |
| Jan 31, 10:53 pm | 56 | 33 | 42 | | SSE | 10G20 | 10.00 | | CLR | 1003.10 | 26.76 | 29.66 | | | | 60 | 56 | | |
| Jan 31, 9:53 pm | 58 | 33 | 39 | | ESE | 20G30 | 10.00 | | FEW120 | 1003.60 | 26.77 | 29.67 | | | | | | | |
| Jan 31, 8:53 pm | 57 | 34 | 42 | | E | 21 | 10.00 | | FEW120 | 1004.30 | 26.77 | 29.68 | | | | | | | |
| Jan 31, 7:53 pm | 57 | 34 | 42 | | ESE | 21G30 | 10.00 | | CLR | 1005.30 | 26.80 | 29.71 | | | | | | | |
| Jan 31, 6:53 pm | 57 | 34 | 42 | | ESE | 15 | 10.00 | | FEW120 | 1005.80 | 26.81 | 29.72 | | | | | | | |
| Jan 31, 5:53 pm | 58 | 33 | 39 | | ESE | 15 | 10.00 | | CLR | 1005.90 | 26.81 | 29.72 | | | | | | | |
| Jan 31, 4:53 pm | 60 | 33 | 36 | | ESE | 14 | 10.00 | | CLR | 1006.10 | 26.82 | 29.73 | | | | 66 | 60 | | |
| Jan 31, 3:53 pm | 64 | 32 | 30 | | ESE | 20G28 | 10.00 | | CLR | 1006.20 | 26.83 | 29.74 | | | | | | | |
| Jan 31, 2:53 pm | 65 | 33 | 30 | | SE | 20G31 | 10.00 | | CLR | 1006.50 | 26.84 | 29.75 | | | | | | | |
| Jan 31, 1:53 pm | 65 | 33 | 30 | | SE | 24G35 | 10.00 | | CLR | 1007.10 | 26.86 | 29.78 | | | | | | | |
| Jan 31, 12:53 pm | 65 | 33 | 30 | | SE | 21G35 | 10.00 | | CLR | 1008.40 | 26.89 | 29.81 | | | | | | | |
| Jan 31, 11:53 am | 63 | 34 | 34 | | SE | 22G35 | 10.00 | | CLR | 1009.80 | 26.92 | 29.84 | | | | | | | |
| Jan 31, 10:53 am | 60 | 34 | 37 | | ESE | 14 | 10.00 | | CLR | 1010.90 | 26.95 | 29.87 | | | | 60 | 41 | | |
| Jan 31, 9:53 am | 52 | 36 | 54 | | N | 0 | 10.00 | | CLR | 1011.00 | 26.94 | 29.86 | | | | | | | |
| Jan 31, 8:53 am | 44 | 33 | 65 | 38 | SSE | 12 | 10.00 | | CLR | 1011.90 | 26.95 | 29.88 | | | | | | | |
| Jan 31, 7:53 am | 44 | 33 | 65 | 38 | SSE | 12 | 10.00 | | CLR | 1012.20 | 26.96 | 29.89 | | | | | | | |
| Jan 31, 6:53 am | 43 | 34 | 70 | 35 | SSE | 16 | 10.00 | | CLR | 1012.70 | 26.97 | 29.90 | | | | | | | |
| Jan 31, 5:53 am | 41 | 34 | 76 | 37 | SE | 6 | 10.00 | | CLR | 1013.40 | 27.00 | 29.93 | | | | | | | |
| **Jan 31, 5:17 am** | 41 | 34 | 76 | 33 | SSW | 15 | 10.00 | | CLR | | 27.00 | 29.93 | | | | | | | |
| Jan 31, 4:53 am | 43 | 34 | 70 | 37 | SSE | 12 | 10.00 | | CLR | 1012.80 | 27.00 | 29.93 | | | | 48 | 41 | | |
| Jan 31, 3:53 am | 44 | 35 | 70 | 36 | SSE | 18G26 | 10.00 | | CLR | 1013.20 | 27.01 | 29.94 | | | | | | | |
| Jan 31, 2:53 am | 44 | 35 | 70 | 38 | S | 12 | 10.00 | | CLR | 1013.70 | 27.02 | 29.95 | | | | | | | |
| Jan 31, 1:53 am | 48 | 35 | 61 | | SE | 16 | 10.00 | | CLR | 1013.70 | 27.02 | 29.95 | | | | | | | |
| Jan 31, 12:53 am | 45 | 36 | 71 | 39 | SE | 13 | 10.00 | | CLR | 1014.90 | 27.04 | 29.97 | | | | | | | |
| Jan 30, 11:53 pm | 41 | 35 | 79 | 35 | E | 10 | 10.00 | | CLR | 1016.40 | 27.07 | 30.01 | | | | 61 | 35 | | |
| Jan 30, 10:53 pm | 43 | 36 | 76 | 38 | S | 9 | 10.00 | | CLR | 1016.30 | 27.07 | 30.01 | | | | 60 | 43 | | |
| Jan 30, 9:53 pm | 45 | 36 | 71 | 40 | S | 9 | 10.00 | | CLR | 1016.50 | 27.07 | 30.01 | | | | | | | |
| Jan 30, 8:53 pm | 45 | 36 | 71 | 42 | SSW | 6 | 10.00 | | CLR | 1017.80 | 27.10 | 30.04 | | | | | | | |
| Jan 30, 7:53 pm | 46 | 40 | 79 | | S | 5 | 10.00 | | CLR | 1018.50 | 27.11 | 30.05 | | | | | | | |
| Jan 30, 6:53 pm | 48 | 41 | 77 | | NW | 7 | 10.00 | | CLR | 1018.50 | 27.12 | 30.06 | | | | | | | |
| Jan 30, 5:53 pm | 56 | 40 | 55 | | SW | 7 | 10.00 | | CLR | 1017.90 | 27.11 | 30.05 | | | | | | | |
| Jan 30, 4:53 pm | 60 | 39 | 46 | | SSE | 10 | 10.00 | | CLR | 1017.10 | 27.10 | 30.04 | | | | 61 | 46 | | |
| Jan 30, 3:53 pm | 59 | 40 | 49 | | SE | 6 | 10.00 | | CLR | 1017.60 | 27.11 | 30.05 | | | | | | | |
| Jan 30, 2:53 pm | 59 | 41 | 51 | | | 5 | 10.00 | | CLR | 1018.60 | 27.14 | 30.09 | | | | | | | |
| Jan 30, 1:53 pm | 57 | 38 | 49 | | N | 0 | 10.00 | | CLR | 1020.10 | 27.17 | 30.12 | | | | | | | |
| Jan 30, 12:53 pm | 53 | 39 | 59 | | | 3 | 10.00 | | CLR | 1021.30 | 27.21 | 30.16 | | | | | | | |
| Jan 30, 11:53 am | 50 | 38 | 63 | | N | 0 | 10.00 | | CLR | 1022.30 | 27.23 | 30.18 | | | | | | | |
| Jan 30, 10:53 am | 46 | 36 | 68 | | SSE | 6 | 10.00 | | CLR | 1023.00 | 27.24 | 30.20 | | | | 46 | 35 | | |
| Jan 30, 9:53 am | 43 | 35 | 73 | | S | 3 | 10.00 | | CLR | 1023.90 | 27.26 | 30.22 | | | | | | | |
| Jan 30, 8:53 am | 38 | 32 | 79 | 33 | SE | 6 | 10.00 | | CLR | 1024.00 | 27.26 | 30.22 | | | | | | | |
| Jan 30, 7:53 am | 35 | 31 | 85 | 29 | SE | 8 | 10.00 | | CLR | 1024.10 | 27.26 | 30.22 | | | | | | | |
| Jan 30, 6:53 am | 37 | 32 | 82 | 30 | SE | 9 | 10.00 | | CLR | 1024.00 | 27.26 | 30.22 | | | | | | | |
| Jan 30, 5:53 am | 36 | 32 | 85 | | SE | 5 | 10.00 | | CLR | 1024.00 | 27.26 | 30.22 | | | | | | | |
| Jan 30, 4:53 am | 37 | 34 | 89 | | ESE | 5 | 10.00 | | CLR | 1023.80 | 27.27 | 30.23 | | | | 45 | 37 | | |
| Jan 30, 3:53 am | 38 | 33 | 82 | | N | 5 | 10.00 | | CLR | 1023.60 | 27.26 | 30.22 | | | | | | | |
| Jan 30, 2:53 am | 41 | 35 | 79 | 36 | SSE | 7 | 10.00 | | CLR | 1023.10 | 27.25 | 30.21 | | | | | | | |
| Jan 30, 1:53 am | 40 | 35 | 83 | 34 | SE | 8 | 10.00 | | CLR | 1024.30 | 27.28 | 30.24 | | | | | | | |
| Jan 30, 12:53 am | 42 | 35 | 76 | 38 | ESE | 7 | 10.00 | | CLR | 1025.10 | 27.30 | 30.26 | | | | | | | |
| Jan 29, 11:53 pm | 44 | 36 | 73 | 39 | SSE | 10 | 10.00 | | CLR | 1024.80 | 27.30 | 30.26 | | | | 58 | 33 | | |
| Jan 29, 10:53 pm | 43 | 36 | 76 | | SSE | 7 | 10.00 | | CLR | 1025.20 | 27.30 | 30.26 | | | | 58 | 43 | | |
| Jan 29, 9:53 pm | 45 | 37 | 74 | 40 | SSE | 10 | 10.00 | | CLR | 1025.30 | 27.30 | 30.26 | | | | | | | |
| Jan 29, 8:53 pm | 45 | 38 | 76 | 40 | SE | 10 | 10.00 | | CLR | 1025.50 | 27.29 | 30.25 | | | | | | | |
| Jan 29, 7:53 pm | 46 | 38 | 73 | | SE | 10 | 10.00 | | CLR | 1026.10 | 27.31 | 30.27 | | | | | | | |
| Jan 29, 6:53 pm | 47 | 39 | 74 | | SE | 7 | 10.00 | | CLR | 1026.00 | 27.31 | 30.27 | | | | | | | |
| Jan 29, 5:53 pm | 52 | 41 | 66 | | S | 5 | 10.00 | | CLR | 1026.10 | 27.32 | 30.28 | | | | | | | |



US Dept of Commerce
National Oceanic and Atmospheric Administration
National Weather Service
Western Region Headquarters
125 South State Street
Salt Lake City, UT 84138-1102

Comments? Questions? Please Contact Us.

Disclaimer
Information Quality
Help
Glossary

Privacy Policy
Freedom of Information Act (FOIA)
About Us
Career Opportunities