**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| NANCY XOL RAX, individually, and on behalf of her minor daughter DS, ZULEYMA R. LOPEZ on behalf of her minor son JS, GLORIA TZI, and PEDRO SONTAY, JUAN SONTAY, and MARTHA SONTAY, as individual heirs of MARIO SONTAY, <br><br> and <br><br> INGRID SUSANA BOTZOC TZI, DOROTEA OCH, EMILIANO COC CHUB, and EMILIANO COC OCH, as individual heirs of MARIANO COC, <br><br> Plaintiffs, <br><br> v. <br><br> BIG D BUILDERS, INC., STEEL BUILDING SYSTEMS, LLC, INLAND CRANE, INC., SPECK STEEL, LLC, WALKER STRUCTURAL ENGINEERING, P.C. and NCI GROUP, INC. d/b/a/ METAL BUILDING COMPONENTS, <br><br> Defendants. | CASE NO. 1:24-cv-00319-BLW <br><br><br> **ORDER ON STIPULATION TO EXTEND DEADLINES** |

## <u>ORDER GRANTING STIPULATION TO EXTEND DEADLINES FOR BRIEFING</u>

The Court, having considered the parties' Stipulation to Extend Deadlines for Briefing of

Plaintiffs' Request for Leave to Amend Complaint [Dkt. 114] and Defendant Steel Building

Systems, LLC's Motion for Summary Judgment [Dkt. 115], and good cause appearing:

**IT IS HEREBY ORDERED:**

1. Plaintiffs shall have up to and including **April 27, 2026**, to file their Response to Defendant Steel Building Systems, LLC's Motion for Summary Judgment [Dkt. 115].

2. Defendant Steel Building Systems, LLC shall have up to and including **May 18, 2026**, to file its Reply in support of its Motion for Summary Judgment.

3. Defendant Steel Building Systems, LLC shall have up to and including **April 22, 2026**, to file its Opposition to Plaintiffs' Motion for Leave to File Third Amended Complaint [Dkt. 114].

4. Plaintiffs shall have the time prescribed by Local Civil Rule 7.1, plus an additional **three (3) days**, to file their Reply in support of their Motion for Leave to File Third Amended Complaint.

5. All other deadlines and provisions not expressly modified by this Order shall remain in full force and effect.

DATED: **April 08, 2026**

B. Lynn Winmill
U.S. District Court Judge