HONORABLE B. LYNN WINMILL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

NANCY XOL RAX, individually, and on behalf of her minor daughter DS, ZULEYMAN R. LOPEZ on behalf of her minor son JS, GLORIA TZI, and PEDRO SONTAY, JUAN SONTAY, and MARTHA SONTAY, as individual heirs of MARIO SONTAY,

And

INGRID SUSANA BOTZOC TZI, DORTEAO OCH, EMILIANO COC CHUB, and EMILIANO COC OCH, as individual heirs of MARIANO COC,

Plaintiffs,

v.

STEEL BUILDING SYSTEMS, LLC, INLAND CRANE, INC.,

Defendants.

NO. 1:24-CV-00319-BLW

DEFENDANT STEEL BUILDING SYSTEMS, LLC'S MOTION TO EXCLUDE AND/OR LIMIT EXPERT WITNESS TESTIMONY OF STEVE CALL

COMES NOW Defendant Steel Building Systems, LLC ("SBS"), by and through its attorney of record, Gordon Rees Scully Mansukhani, LLP, and respectfully moves the Court for an order granting its Motion to Exclude and/or Limit Expert Witness Testimony of Steve Call (the "Motion"). This Motion is supported by the Memorandum in Support of the Motion and

DEFENDANT STEEL BUILDING SYSTEMS, LLC'S MOTION TO EXCLUDE AND/OR LIMIT EXPERT WITNESS TESTIMONY OF STEVE CALL

(CASE NO. 1:24-C-00319-BLW) - PAGE 1

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

the Declaration of Grace Maldonado with exhibits attached therein, filed herewith.

Dated: April 21, 2026

GORDON       REES       SCULLY
MANSUKHANI, LLP


By:*/s/ Meredith L. Thielbahr*
   */s/ David W. Lloyd*
   */s/ Grace Maldonado*

Gordon Rees Scully Mansukhani, LLP
Meredith L. Thielbahr, ISB 9733
David W. Lloyd, ISB 5501
Grace Maldonado, ISB 11461
999 W. Main Street, Suite 100
Boise, ID  83702
T: (208) 489-9095
mthielbahr@grsm.com
dlloyd@grsm.com
gmaldonado@grsm.com

DEFENDANT STEEL BUILDING SYSTEMS, LLC'S MOTION TO EXCLUDE AND/OR LIMIT EXPERT WITNESS TESTIMONY OF STEVE CALL

(CASE NO. 1:24-C-00319-BLW) - PAGE 2

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

# CERTIFICATE OF SERVICE

On April 21, 2026, I caused copies of the foregoing document to be served via electronic mail on the parties listed below as follows, which is the last known address for the listed party:

Enrique G. Serna, ISB 12114
Serna & Associates, PLLC
950 W. Bannock Street, Suite 1100
Boise, ID 83702
(210) 865-5800
enrique@serna-associates.com

Jane Gordon, ISB 92433
Jane Gordon Law
1004 West Fort Street
Boise, ID 83702
(208) 391-4747
jane@JaneGordonLaw.com

James D. Nelson, ISB 08227
Anne Cohen, ISB
Betts, Patterson & Mines, P.S.
One Convention Place
701 Pike Street, Suite 1025
Seattle, WA  98101-3915
(206) 292-9988
jnelson@bpmlaw.com
acohen@bpmlaw.com
cerickson@bpmlaw.com
tcosimo@bpmlaw.com
amcgee@bpmlaw.com
dmaughan@bpmlaw.com
dmarsh@bpmlaw.com

*/s/ Grace Maldonado*
Grace Maldonado, ISB#11461

DEFENDANT STEEL BUILDING SYSTEMS, LLC'S MOTION TO EXCLUDE AND/OR LIMIT EXPERT WITNESS TESTIMONY OF STEVE CALL

(CASE NO. 1:24-C-00319-BLW) - PAGE 3

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095