HONORABLE B. LYNN WINMILL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

NANCY XOL RAX, individually, and on behalf of her minor daughter DS, ZULEYMAN R. LOPEZ on behalf of her minor son JS, GLORIA TZI, and PEDRO SONTAY, JUAN SONTAY, and MARTHA SONTAY, as individual heirs of MARIO SONTAY,

And

INGRID SUSANA BOTZOC TZI, DORTEAO OCH, EMILIANO COC CHUB, and EMILIANO COC OCH, as individual heirs of MARIANO COC,

Plaintiffs,

v.

STEEL BUILDING SYSTEMS, LLC, INLAND CRANE, INC.,

Defendants.

NO. 1:24-CV-00319-BLW

DECLARATION OF GRACE MALDONADO IN SUPPORT OF STEEL BUILDING SYSTEMS, LLC'S MOTION TO EXCLUDE AND/OR LIMIT EXPERT WITNESS TESTIMONY OF STEVE CALL

I, Grace Maldonado, declare as follows:

1.    I am one of the attorneys representing Defendant Steel Building Systems, LLC ("SBS") in this matter.  I am over the age of eighteen, competent to testify concerning the matters contained herein, and make this Declaration based upon personal knowledge.

DECLARATION OF GRACE MALDONADO IN SUPPORT OF STEEL BUILDING SYSTEMS, LLC'S MOTION TO EXCLUDE AND/OR LIMIT EXPERT WITNESS TESTIMONY OF STEVE CALL

(CASE NO. 1:24-C-00319-BLW) - PAGE 1

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

2.    In discovery, SBS has received copies of the Plaintiffs' Expert Witness Disclosures.  In the Disclosures, the Plaintiffs disclosed Steve Call as their liability/causation expert.

3.    An expert witness opening report has been disclosed for Steve Call (the "Report"), and the expert witness deposition of Steve Call has been taken (the "Deposition").  There was no Rebuttal Report disclosed for Steve Call in discovery.  The deadline for the disclosure of expert witness rebuttal reports was on February 12, 2026.

4.    Attached hereto as **EXHIBIT A** is a true and correct copy of the expert witness Report for Steve Call disclosed in discovery by the Plaintiffs.

5.    Also attached hereto as **EXHIBIT B** is a true and correct copy of the Expert Witness Deposition Transcript for Steve Call.

SIGNED this 21st day of April, 2026 at Spokane, Washington

*/s/ Grace Maldonado*
GRACE MALDONADO

DECLARATION OF GRACE MALDONADO IN SUPPORT OF STEEL BUILDING SYSTEMS, LLC'S MOTION TO EXCLUDE AND/OR LIMIT EXPERT WITNESS TESTIMONY OF STEVE CALL

(CASE NO. 1:24-C-00319-BLW) - PAGE 2

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

**CERTIFICATE OF SERVICE**

On April 21, 2026, I caused copies of the foregoing document to be served via electronic mail on the parties listed below as follows, which is the last known address for the listed party:

Enrique G. Serna, ISB 12114
Serna & Associates, PLLC
950 W. Bannock Street, Suite 1100
Boise, ID 83702
(210) 865-5800
enrique@serna-associates.com

Jane Gordon, ISB 92433
Jane Gordon Law
1004 West Fort Street
Boise, ID 83702
(208) 391-4747
jane@JaneGordonLaw.com

James D. Nelson, ISB 08227
Anne Cohen, ISB
Betts, Patterson & Mines, P.S.
One Convention Place
701 Pike Street, Suite 1025
Seattle, WA  98101-3915
(206) 292-9988
jnelson@bpmlaw.com
acohen@bpmlaw.com
cerickson@bpmlaw.com
tcosimo@bpmlaw.com
amcgee@bpmlaw.com
dmaughan@bpmlaw.com
dmarsh@bpmlaw.com

*/s/ Grace Maldonado*
Grace Maldonado, ISB#11461

DECLARATION OF GRACE MALDONADO IN SUPPORT OF STEEL BUILDING SYSTEMS, LLC'S MOTION TO EXCLUDE AND/OR LIMIT EXPERT WITNESS TESTIMONY OF STEVE CALL

(CASE NO. 1:24-C-00319-BLW) - PAGE 3

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095