HONORABLE B. LYNN WINMILL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NANCY XOL RAX, individually, and on behalf of her minor daughter DS, ZULEYMAN R. LOPEZ on behalf of her minor son JS, GLORIA TZI, and PEDRO SONTAY, JUAN SONTAY, and MARTHA SONTAY, as individual heirs of MARIO SONTAY, | NO. 1:24-CV-00319-BLW |
| And | [PROPOSED] |
| INGRID SUSANA BOTZOC TZI, DORTEAO OCH, EMILIANO COC CHUB, and EMILIANO COC OCH, as individual heirs of MARIANO COC, | ORDER GRANTING MOTION TO EXCLUDE AND/OR LIMIT EXPERT WITNESS TESTIMONY OF STEVE CALL |
| Plaintiffs, | |
| v. | |
| STEEL BUILDING SYSTEMS, LLC, INLAND CRANE, INC., | |
| Defendants. | |

THIS MATTER having come before the Honorable B. Lynn Winmill for consideration upon Defendant Steel Building Systems, LLC's Motion to Exclude and/or Limit Expert Witness Testimony of Steve Call ("Motion"), the Court, having examined the Motion, the Memorandum in Support of the Motion, the Declaration of Grace Maldonado with exhibits attached thereto,

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE AND/OR LIMIT EXPERT WITNESS TESTIMONY OF STEVE CALL

(CASE NO. 1:24-C-00319-BLW) - PAGE 1

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

and records and files herein, being fully advised thereof and finding good cause, HEREBY

ORDERS AS FOLLOWS:

1.    Steel Building Systems, LLC's Motion to Exclude and/or Limit Expert Testimony

of Steve Call is GRANTED.

☐    Expert Testimony of Steve Call is excluded in its entirety.

☐    Expert Testimony of Steve Call is limited as it pertains to:

_____.

**SO ORDERED.**

DONE _____ day of _____, 2026.

_____
HONORABLE B. LYNN WINMILL
UNITED STATES DISTRICT JUDGE

Presented by:

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Grace Maldonado*
Meredith L. Thielbahr, ISB #9733
David W. Lloyd, ISB #5501
Grace Maldonado, ISB #11461
Attorneys for Defendant Steel
Building Systems, LLC
999 West Main Street, Suite 100
Boise, ID 83702
Phone: (208) 489-9095
mthielbahr@grsm.com
dlloyd@grsm.com
gmaldonado@grsm.com

[PROPOSED]  ORDER  GRANTING  MOTION  TO
EXCLUDE  AND/OR  LIMIT  EXPERT  WITNESS
TESTIMONY OF STEVE CALL

(CASE NO. 1:24-C-00319-BLW) - PAGE 2

**GORDON REES SCULLY
MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095

**CERTIFICATE OF SERVICE**

On April 21, 2026, I caused copies of the foregoing document to be served via electronic mail on the parties listed below as follows, which is the last known address for the listed party:

Enrique G. Serna, ISB 12114
Serna & Associates, PLLC
950 W. Bannock Street, Suite 1100
Boise, ID 83702
(210) 865-5800
enrique@serna-associates.com

Jane Gordon, ISB 92433
Jane Gordon Law
1004 West Fort Street
Boise, ID 83702
(208) 391-4747
jane@JaneGordonLaw.com

James D. Nelson, ISB 08227
Anne Cohen, ISB
Betts, Patterson & Mines, P.S.
One Convention Place
701 Pike Street, Suite 1025
Seattle, WA  98101-3915
(206) 292-9988
jnelson@bpmlaw.com
acohen@bpmlaw.com
cerickson@bpmlaw.com
tcosimo@bpmlaw.com
amcgee@bpmlaw.com
dmaughan@bpmlaw.com
dmarsh@bpmlaw.com

*/s/ Grace Maldonado*
Grace Maldonado, ISB# 11461

[PROPOSED]   ORDER   GRANTING   MOTION   TO EXCLUDE   AND/OR   LIMIT   EXPERT   WITNESS TESTIMONY OF STEVE CALL

(CASE NO. 1:24-C-00319-BLW) - PAGE 3

**GORDON REES SCULLY MANSUKHANI, LLP**
999 W. Main Street, Suite 100
Boise, ID 83702
Telephone: (208) 489-9095